**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Manson W. Seto** | : | **Case No.: 12-23374** |
| **Kristin K Seto** | : | **Chapter 13** |
| | : | **Judge Jeffrey A. Deller** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for LSF9 Master Participation Trust, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Kimberly J. Hong (74950)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-020910_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Manson W. Seto** | : | **Case No.: 12-23374** |
| **Kristin K Seto** | : | **Chapter 13** |
| | : | **Judge Jeffrey A. Deller** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 13, 2016.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219

Alan R. Patterson III, Attorney for  Manson W. Seto and Kristin K Seto, 428 Forbes Avenue, Suite 103, Pittsburgh, PA  15219, apattersonlaw@gmail.com

Service by First-Class Mail:
Manson W. Seto and Kristin K Seto, 721 Woodbridge Drive, Oakdale, PA  18328

Manson W. Seto and Kristin K Seto, 721 Woodbridge Drive, Oakdale, PA 15071


EXECUTED ON: September 13, 2016

By:

/s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

16-020910_PS

94781
List Bar I.D. and State of Admission

16-020910_PS