2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-23374-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Manson W. Seto<br>721 Woodbridge Drive<br>Oakdale PA 15071 | Kristin K Seto<br>721 Woodbridge Drive<br>Oakdale PA 15071 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/21/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Nationstar Mortgage, LLC, 350 Highland Drive, Lewisville, TX 75067 | LSF9 Master Participation Trust<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/24/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Manson W. Seto  
Kristin K Seto  
    Debtors

Case No. 12-23374-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Sep 22, 2016  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2016.  
13673788     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096  
           (address filed with court:    Nationstar Mortgage, LLC,    350 Highland Drive,    Lewisville, TX 75067)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2016 at the address(es) listed below:

           Alan R. Patterson, III    on behalf of Joint Debtor Kristin K Seto apattersonlaw@gmail.com, andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com  
           Alan R. Patterson, III    on behalf of Debtor Manson W. Seto apattersonlaw@gmail.com, andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com  
           Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com  
           Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
           Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
           Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com  
           James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com, james.prostko@phelanhallinan.com  
           Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com, cnoroski@grblaw.com  
           Karina Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com  
           Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
           Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com, vbarber@udren.com  
           Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com, cblack@udren.com

                                                                                                                  TOTAL: 15