IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 12-23374-JAD |
| | ) | |
| Manson Seto and Kristin K. Seto, | ) | Chapter No. 13 |
| | ) | |
| Debtors, | ) | Related to Document Nos. 122-121 |
| | ) | |
| Manson Seto, and Kristin K. Seto | ) | Hearing Date and Time: May 3, 2017 |
| | ) | @ 10:00 am |
| Movants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

**CERTIFICATE OF SERVICE FOR AMENDED MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE FOR CO-DEBTOR AND MOTION FOR DISCHARGE FOR CO-DEBTOR ASSUMING SHE WOULD BE OTHERWISE ELIGIBLE AND UPON FILING OF A STATEMENT OF CO-DEBTOR'S DISCHARGE ELIGIBILITY (Docket No. 121) and, AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOVANTS' MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE FOR CO-DEBTOR AND MOTION FOR DISCHARGE FOR CO-DEBTOR ASSUMING SHE WOULD BE OTHERWISE ELIGIBLE AND UPON FILING OF A STATEMENT OF CO-DEBTOR'S DISCHARGE ELIGIBILITY (Docket No. 122)**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below in the following manners and on the following dates.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Recipients of Service by Electronic Notification on March 28, 2017-VIA ECF Only:**

Sherri J. Braunstein on behalf of Creditor Ocwen Loan Servicing, LLC
sbraunstein@udren.com, vbarber@udren.com
Alexandra Teresa Garcia on behalf of Creditor LSF9 Master Participation Trust
ecfmail@mwc-law.com
Andrew F Gornall on behalf of Creditor JPMORGAN CHASE BANK, N.A.
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
Andrew F Gornall on behalf of Creditor REAL TIME RESOLUTIONS, INC.Et Al...
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
Jeffrey R. Hunt on behalf of Creditor South Fayette School District

jhunt@grblaw.com, cnoroski@grblaw.com
Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov
James A. Prostko on behalf of Creditor Nationstar Mortgage, LLC
pawb@fedphe.com, james.prostko@phelanhallinan.com
Leslie J. Rase, Esq. on behalf of Creditor Nationstar Mortgage, LLC
lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
Karina Velter on behalf of Creditor LSF9 Master Participation Trust
amps@manleydeas.com
S. James Wallace on behalf of Creditor Equitable Gas Bankruptcy Department
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, N.A.
bkgroup@kmllawgroup.com
Elizabeth Lamont Wassall on behalf of Creditor Ocwen Loan Servicing, LLC
vbarber@udren.com
Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com
Stuart P. Winneg on behalf of Creditor Ocwen Loan Servicing, LLC
swinneg@udren.com, cblack@udren.com

Service by First Class Mail, Postage Prepaid on March 28, 2017:

Equitable Gas Bankruptcy Department
Attn: Judy Gawlowski
225 North Shore Drive 2nd Floor
Pittsburgh, PA 15212-5860

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd, Ste 100
West Palm Beach, FL 33409-6493

Real Time Resolutions, Inc.
PO Box 36655
Dallas, TX 75235-1655

Santander Consumer USA
PO Box 36655
Dallas, TX 75365-0284

Santander Consumer
PO Box 961245
Fort Worth, TX 76161-0244

Aes/keystone Best
1200 N. 7th Street 4th Flooret
Harrisburg, PA 17102-1419

Aes/m&t Elt
PO Box 2461
Harrisburg, PA 17105-2461

Aes/pheaa-keycon
1200 N 7th Street
Harrisburg, PA 17102-1419

CAPITAL ONE BANK (USA), N.A.
PO Box 12907
Norfolk VA 23541-0907

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase
1 Chase Sq
Rochester, NY 14643-0002

Chase Home Finance, LLC
2901 Kinwest Parkway
Irving, TX 75063-5815

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

Nationstar Mortgage, LLC
Stern & Eisenberg
261 Old York Road
Suite 410, The Pavilion
Jenkintown, PA 19046-3706

PRA Receivables Management, LLC
POB 41067
NORFOLK, VA 23541-1067

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Aes/m&t Elt - Pheaa
Pob 2461
Harrisburg, PA 17105-2461

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cap One
Po Box 5253
Carol Stream, IL 60197-5253

Chase
Po Box 15298
Wilmington, DE 19850-5298

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205-3956

ECMC
P.O. Box 75906
St. Paul, MN 55175-0906

NiSource Corporate Services
Attn: Payroll Dept.
801 E. 86th Avenue
Merriville, IN 46410-6272

Peritus Portfolio Services II, LLC
PO Box 141419
Irving, TX 75014-1419

Aes/pheaa
1200 N. 7th Street 4th Floor
Harrisburg, PA 17102-1419

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065-6285

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase Auto
2000 Marcus Avenue
New Hyde Park, NY 11042

First Usa Bank N A
1001 Jefferson Plaza
Wilmington, DE 19801-1447

Gecrb/Best Buy
PO Box 981439
El Paso, TX 79998-1439

Gedcrb/home Dsgn Flooring
C/O PO Box 965036
Orlando, FL 32896

Gecrb/jcp
Po Box 984100
El Paso, TX 79998

Gecrb/paypal Extras
PO Box 965005
Orlando, FL 32896

GM Financial
PO Box 181145
Arlington, TX 76096

Keystone Rewards
1200 N 7th St.
Harrisburg, PA 17102

Kohls/capone
Po Box 3115
Milwaukee, WI 53201-3115

(p)NATIONSTAR MORTGAGE
PO BOX 630267
IRVING TEXAS 75063-0116

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826-2703

Portfolio Recvry&affil
287 Independence
Virginia Beach, VA 23462-2962

Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773-9500

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Taylor Bean
1417 North Magnoli
Ocala, FL 34475-9078

Wfnnb/Levin
PO Box 182789
Columbus, OH 43218-2789

Wfnnb/ny&c
220 W Schrock Rd
Westernville, OH 43081

Metabnk/fhut
6250 Ridgewood Roa
Saint Cloud, MN 56303-0820

Nationstar Mortgage, LLC
5920 Castleway West Drive
Indianapolis, IN 46250-1957

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706-1496

South Fayette School District
3680 Old Oakdale Road
McDonald, PA 15057-3544

University Of Pittsburgh
127 Thackeray Hall
Pittsburgh, PA 15213-2519

(p)MARLIN MEDCLR INOVISION
507 PRUDENTIAL ROAD
HORSHAM PA 19044-2308

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Regional Finance Corp
550 Ohio Pike Unit F
Cincinnati, OH 45255-3472

Richard C. Maider, Esq.
D M & G, LLP
8 Thurlow Terrace
Albany, NY 12203-1006

Sallie Mae Servicing
1002 Arthur Dr
Lynn Haven, FL 32444-1683

|  |  |  |
|---|---|---|
| | Unvl/citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Nco Fin/55<br>PO Box 13570<br>Philadelphia, PA 19101 |
| South Fayette School District<br>c/o Goehring, Rutter &<br>Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 | LSF9 Master Participation<br>Trust<br>Maley Deas Kochalski, LLC<br>PO Box 165028<br>Columbus, OH 43126-5028 | Manson W. Seto<br>721 Woodbridge Drive<br>Oakdale, PA 15071-9701 |

EXECUTED ON:  <u>March 28, 2017</u>

Alan R. Patterson, III
Gross & Patterson, LLC
428 Forbes Avenue, Suite 103
Pittsburgh, PA 15219
(412) 281-2928
PA ID NO: 79798
apattersonlaw@gmail.com