IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 12-23374-JAD |
| | ) | |
| Manson W. Seto and Kristin K. Seto, Debtors, | ) ) | CHAPTER NO. 13 |
| | ) | DOC NO. |
| Manson W. Seto and Kristin K. Seto, Movants, | ) ) | Related to Document Nos. 122 & 121 |
| | ) | |
| vs. | ) | Hearing Date & Time: May 3, 2017 @ 9:30 am |
| | ) | Response Deadline: April 14, 2017 |
| NO RESPONDENT. | ) | |

**Certification of No Objection Regarding Amended Motion for Exemption from Financial Management Course for Co-Debtor and Motion for Discharge for Co-Debtor Assuming She Would Be Otherwise Eligible and Upon Filing of a Statement of Co-Debtor's Discharge Eligibility**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the above captioned pleading has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading on Movants' Amended Motion for Exemption from Financial Management Course for Co-Debtor and Motion for Discharge for Co-Debtor Assuming She Would be Otherwise Eligible and Upon Filing of a Statement of Co-Debtor's Discharge Eligibility (Doc No. 121) and Amended Notice of Hearing with Response Deadline (Doc No. 122) filed in this matter. Responses were to be filed and served no later than April 14, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>April 19, 2017</u>              By: <u>/s/ Alan R. Patterson III</u>

                                                       Alan R. Patterson III, Esquire
                                                       Gross & Patterson, LLC
                                                       428 Forbes Avenue, Suite 103
                                                       Pittsburgh, PA 15219
                                                       (412) 281-2928
                                                       PA ID No. 79798
                                                       apattersonlaw@gmail.com