**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 12-23374-JAD |
| | ) | |
| Manson Seto and Kristin K. Seto, Debtors, | ) ) | Chapter No. 13 |
| | ) | Related To Doc. No. 121 |
| Manson Seto, and Kristin K. Seto Movants, | ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**ORDER**

AND NOW, this 24th day of April, 2017, upon review of the motion filed by counsel, IT IS HEREBY ORDERED that the Co-Debtor, Kristin K. Seto, is GRANTED an Exemption from the Financial Management Course, and it is further ORDERED, that, assuming Co-Debtor, Kristin K. Seto, would be otherwise eligible for a discharge, and upon the filing of Co-Debtor's certification of discharge eligibility, Kristin K. Seto, shall be granted a discharge pursuant to 11 U.S.C. § 1328.

_____
JEFFERY A. DELLER
CHIEF UNITED STATES BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Partieds in Interest

FILED
4/24/17 12:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 12-23374-JAD
Manson W. Seto
Kristin K Seto Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy                   Page 1 of 3           Date Rcvd: Apr 24, 2017
                              Form ID: pdf900              Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
```
db/jdb         +Manson W. Seto,   Kristin K Seto,   721 Woodbridge Drive,   Oakdale, PA 15071-9701
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Nationstar Mortgage, LLC,   Stern & Eisenberg,   261 Old York Road,   Suite 410, The Pavilion,
                 Jenkintown, PA 19046-3706
intp           +NiSource Corporate Services,   Attn: Payroll Dept.,   801 E. 86th Avenue,
                 Merriville, IN 46410-6272
intp           +ThermoFisher Scientific,   Attention: Payroll Dept.,   300 Industry Drive,
                 Pittsburgh, PA 15275-1001
13422188       +AES/PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
13423748      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,   PO Box 183853,
                 Arlington TX 76096)
13414005       +Aes/keystone Best,   1200 N. 7th Street 4th Flooret,   Harrisburg, PA 17102-1419
13414006       +Aes/m&t Elt - Pheaa,   Pob 2461,   Harrisburg, PA 17105-2461
13414007       +Aes/pheaa,   1200 N. 7th Street 4th Floor,   Harrisburg, PA 17102-1419
13414008       +Aes/pheaa-keycon,   1200 N 7th Street,   Harrisburg, PA 17102-1419
13414009      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX  79998)
13414010       +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
13414012      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA  23285)
13492421       +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
13414014       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13414013       +Chase,    1 Chase Sq,   Rochester, NY 14643-0002
13429572       +Chase Home Finance LLC,   2901 Kinwest Parkway,   Irving, TX 75063-5815
13508023        ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13414017       +First Usa Bank N A,   1001 Jefferson Plaza,   Wilmington, DE 19801-1493
13414022       +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13414023       +Keystone Rewards,   1200 N 7th St,   Harrisburg, PA 17102-1419
14293408        LSF9 Master Participation Trust,   Manley Deas Kochalski LLC,   P.O. Box 165028,
                 Columbus, OH 43216-5028
13673788      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                 Lewisville, TX 75067)
13414026       +National City Bank,   Po Box94982 Attcredit Bur Disp,   Cleveland, OH 44101-4982
13414027        Nco Fin/55,   Po Box 13570,   Philadelphia, PA  19101
13414028       +Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
13414029       +Portfolio Recvry&affil,   287 Independence,   Virginia Beach, VA 23462-2962
13857527        Richard C. Maider, Esq.,   D M & G, LLP,   8 Thurlow Terrace,   Albany, New York 12203-1006
13857526       +Santander Consumer,   P.O. Box 961245,   Fort Worth, TX 76161-0244
13932753        Santander Consumer USA,   P.O. Box 560284,   Dallas, TX 75356-0284
13857525        Santander Consumer USA, Inc.,   Attention Bankruptcy Department,   P.O. Box 560284,
                 Dallas, TX 75356-0284
13414033       +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13429571       +South Fayette School District,   3680 Old Oakdale Road,   McDonald, PA 15057-3544
13467287       +South Fayette School District,   c/o Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,
                 PIttsburgh, PA 15219-6101
13414034       +Taylor Bean,   1417 North Magnoli,   Ocala, FL 34475-9078
13414035       +University Of Pittsbur,   127 Thackeray Hall,   Pittsburgh, PA 15213-2519
13414036       +Unvl/citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13414037        Wellsfargo,   Supreme Re Serving,   Urbandale, IA  50323
13414038       +Wfnnb/levin,   Po Box 182789,   Columbus, OH 43218-2789
13414039       +Wfnnb/ny&c,   220 W Schrock Rd,   Westerville, OH 43081-2873
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: peritus@ebn.phinsolutions.com Apr 25 2017 02:06:12
                 Peritus Portfolio Services II,LLC assignee for NCE,   P.O. Box 141419,
                 Irving, TX  75014-1419
cr              E-mail/Text: bkdepartment@rtresolutions.com Apr 25 2017 02:05:00      Real Time Resolutions, Inc,
                 1349 Empire Central Dr., Ste#150,   P.O. Box 36655,   Dallas, TX  75247
13414015       +E-mail/Text: bk.notifications@jpmchase.com Apr 25 2017 02:03:48     Chase Auto,
                 2000 Marcus Avenue,   New Hyde Park, NY 11042-1069
13414016       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Apr 25 2017 02:05:24
                 Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13414018       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 02:00:29     Gecrb/best Buy,   Po Box 981439,
                 El Paso, TX 79998-1439
13414019       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 02:00:29     Gecrb/home Dsgn Floori,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
13414020        E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 02:00:29     Gecrb/jcp,   Po Box 984100,
                 El Paso, TX  79998
13414021       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 02:00:29     Gecrb/paypal Extras Mc,
                 Po Box 965005,   Orlando, FL 32896-5005
```

```
District/off: 0315-2           User: culy                  Page 2 of 3                   Date Rcvd: Apr 24, 2017
                               Form ID: pdf900             Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13414024       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 25 2017 02:03:33      Kohls/capone,
                 Po Box 3115,   Milwaukee, WI 53201-3115
13414025       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 25 2017 02:05:36      Metabnk/fhut,
                 6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
13439870       +Fax: 407-737-5634 Apr 25 2017 02:48:52      Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,   1661 Worthington RD.,   Suite 100,
                 West Palm Beach, FL 33409-6493
13609936        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 02:01:05
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,   Norfolk, VA  23541
13462642        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 02:10:36
                 Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
13624237       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 02:10:37
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
14106407        E-mail/Text: peritus@ebn.phinsolutions.com Apr 25 2017 02:06:12
                 Peritus Portfolio Services II,LLC,    Assignee for NCEP, LLC,   P.O. BOX 141419,
                 IRVING, TX 75014-1419
13451289        E-mail/Text: bkdepartment@rtresolutions.com Apr 25 2017 02:05:00
                 Real Time Resolutions, Inc.,   1349 Empire Central Dr, Suite 150,   P.O. Box 36655,
                 Dallas, Tx 75247
13510910        E-mail/Text: bkdepartment@rtresolutions.com Apr 25 2017 02:05:00
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,   PO Box 36655,
                 Dallas, Texas 75247-4029
13467846        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 25 2017 01:59:56      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
13414030       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 25 2017 01:59:56      Regional Finance Corp,
                 550 Ohio Pike Unit F,   Cincinnati, OH 45255-3472
13414031       +E-mail/PDF: pa_dc_claims@navient.com Apr 25 2017 01:59:44      Sallie Mae,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13515066       +E-mail/PDF: pa_dc_claims@navient.com Apr 25 2017 02:00:41      Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
13414032       +E-mail/PDF: pa_dc_claims@navient.com Apr 25 2017 02:00:42      Sallie Mae Servicing,
                 1002 Arthur Dr,   Lynn Haven, FL 32444-1683
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, N.A.
cr             LSF9 Master Participation Trust
cr             Ocwen Loan Servicing, LLC
cr             REAL TIME RESOLUTIONS, INC.Et Al...
cr             South Fayette School District
cr*          ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
                 Arlington, TX  76096)
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr*           +Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   1661 Worthington Rd,   Suite 100,
                 West Palm Beach,, FL 33409-6493
cr*           +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
13414011     ##+Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
13654245     ##+Nationstar Mortgage, LLC,   5920 Castleway West Drive,   Indianapolis, IN 46250-1931
                                                                                   TOTALS: 5, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy              Page 3 of 3              Date Rcvd: Apr 24, 2017
                              Form ID: pdf900         Total Noticed: 63
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Alan R. Patterson, III    on behalf of Debtor Manson W. Seto apattersonlaw@gmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alan R. Patterson, III    on behalf of Joint Debtor Kristin K Seto apattersonlaw@gmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Karina  Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com
              Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 16
```