**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/16/2017

IN RE:

| | |
|---|---|
| MANSON W. SETO<br>KRISTIN K. SETO<br>721 WOODBRIDGE DRIVE<br>OAKDALE,  PA  15071<br>XXX-XX-7729          Debtor(s)<br><br>XXX-XX-5216 | Case No.12-23374 JAD<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/16/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Credit Info |
|---|---|---|
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL*1403.34 X (60+2)=LMT*FR OCWEN-DOC 52, 58*FR NATIONSTAR/OCWEI | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8936 |
| **AMERICREDIT****<br>ATTN:BANKRUPTCY DEPT/NOTICES**<br>POB 183853*<br>ARLINGTON, TX 76096-3853 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF AMERICA(*)**<br>7105 CORPORATE DR<br>PLANO, TX 75024 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT OWED/CONF*NT PROV/PL*NO$/SCH | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8644 |
| **REAL TIME RESOLUTIONS INC(*)**<br>PO BOX 35888<br>DALLAS, TX 75235 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:4-3<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL*124.50 x (60+2)=LMT*DKT*JPMORGAN CHASE BK NA*AMD*BGN 7/12 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1015 |
| **CHASE AUTO FINANCE(*)**<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT OWED/CONF*NT PROV/PL*NO$/SCH | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2406 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number:6   INT %: 5.25%<br>Court Claim Number:2-2<br>CLAIM: 3,556.92<br>COMMENT: PRIOR PMTS PROPER/CONF*RMVD@AMD PL*AMD CL=$0@SEC*W/70*DKT! | CRED DESC: VEHICLE<br>ACCOUNT NO.: ...4218 |
| **PNC BANK FORMERLY NATIONAL CITY BANK****<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT OWED/CONF*NT PROV/PL*NO$/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3290 |
| **REGIONAL ACCEPTANCE CORP**<br>ATTN BANKRUPTCY SECTION<br>POB 1847<br>WILSON, NC 27894-1847 | Trustee Claim Number:8   INT %: 15.29%<br>Court Claim Number:7<br>CLAIM: 10,069.32<br>COMMENT: AMT@C7 GOV@MDF PL TERMS/CONF*BB AND T*DKT | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1479 |
| **SOUTH FAYETTE SD (S FAYETTE TWP) (RE)**<br>C/O JORDAN TAX SVC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:9   INT %: 10.00%<br>Court Claim Number:6<br>CLAIM: 4,978.68<br>COMMENT: C6GOV/CONF*6210.19@10%TTL/PL@CURR CLLCTR | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 405B9;08 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*KEYSTONE BEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0008 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0005 | CLAIM: 0.00<br>COMMENT: NO$/SCH*M&T ELT/PHEAA |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0006 | CLAIM: 0.00<br>COMMENT: M&T ELT/PHEAA |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 | CLAIM: 0.00<br>COMMENT: NO$/SCH*M&T ELT/PHEAA |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0008 | CLAIM: 0.00<br>COMMENT: M&T ELT/PHEAA |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7729 | CLAIM: 42,319.57<br>COMMENT: 9001@PHEAA/SCH*FR AES-PHEAA*DOC 34 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9002 | CLAIM: 0.00<br>COMMENT: PHEAA |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0010 | CLAIM: 0.00<br>COMMENT: NO$/SCH*PHEAA |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE 19713 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5574 | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE 19713 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4313 | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE 19713 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7401 | CLAIM: 0.00<br>COMMENT: NO$/SCH |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BANK OF AMERICA**<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br><br>NEWARK, DE  19713 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9103 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  824.36<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9806 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  926.59<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8875 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  1,230.59<br>COMMENT:  HSBC*FR CAPITAL ONE*DOC 48 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1245 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1607 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0079 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0878 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2626 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2627 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2628 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1757 |
| **FIRST USA**<br>CARDMEMBER SERVICES<br>POB 15153<br><br>WILMINGTON, DE  19886-5153 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1989 |
| **BEST BUY++**<br>POB 17298<br><br>BALTIMORE, MD  21297 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH*GECRB | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2113 |
| **GEMB/HOME DESIGN CENTER++**<br>POB 981439<br><br>EL PASO, TX  79998 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1328 |
| **GEMB/JCPENNEY++**<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103104<br><br>ROSWELL, GA  30076 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0219 |
| **PAYPAL BUYER CREDIT++**<br>C/O GEMB/GE MONEY BANK<br>POB 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4257 |
| **PAYPAL BUYER CREDIT++**<br>C/O GEMB/GE MONEY BANK<br>POB 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8274 |
| **KEYSTONE REWARDS**<br>25 E HIGH ST<br><br>WAYNESBURG, PA  15370 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **KEYSTONE REWARDS**<br>25 E HIGH ST<br><br>WAYNESBURG, PA  15370 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0002 |
| **KEYSTONE REWARDS**<br>25 E HIGH ST<br><br>WAYNESBURG, PA  15370 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0003 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6583 |
| **METABANK/FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7621 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 12-2<br>CLAIM: 372.04<br>COMMENT: FINGERHUT*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7548 |
| **NCO FINANCIAL SYSTEMS INC\*\***<br>POB 17116<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3868 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 5,471.74<br>COMMENT: EBAY/GE MB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8274 |
| **SALLIE MAE GUARANTEE SVCS INC\*\***<br>ATTN: DEPOSIT OPERATION-8303*<br>POB 7167*<br>INDIANAPOLIS, IN 46206-7167 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1016 |
| **SALLIE MAE ECFC**<br>C/O SALLIE MAE INC<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,616.72<br>COMMENT: 0107/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5216 |
| **SALLIE MAE GUARANTEE SVCS INC\*\***<br>ATTN: DEPOSIT OPERATION-8303*<br>POB 7167*<br>INDIANAPOLIS, IN 46206-7167 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **REGIONAL FINANCE CORP**<br>POB 20126<br><br>GREENVILLE, NC 27858 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **SALLIE MAE GUARANTEE SVCS INC\*\***<br>ATTN: DEPOSIT OPERATION-8303*<br>POB 7167*<br>INDIANAPOLIS, IN 46206-7167 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SALLIE MAE GUARANTEE SVCS INC**<br>ATTN: DEPOSIT OPERATION-8303*<br>POB 7167*<br>INDIANAPOLIS, IN 46206-7167 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1016 |
| **SALLIE MAE GUARANTEE SVCS INC**<br>ATTN: DEPOSIT OPERATION-8303*<br>POB 7167*<br>INDIANAPOLIS, IN 46206-7167 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1026 |
| **SALLIE MAE GUARANTEE SVCS INC**<br>ATTN: DEPOSIT OPERATION-8303*<br>POB 7167*<br>INDIANAPOLIS, IN 46206-7167 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1036 |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2345 |
| **TAYLOR BEAN & WHITAKER MTG INC++**<br>1417 N MAGNOLIA AVE<br>OCALA, FL 34474-9078 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0507 |
| **UNIVERSITY OF PITTSBURGH**<br>STUDENT LOANS & SPECIAL ACCTS.<br>127 THACKERAY HALL<br>PITTSBURGH, PA 15260 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2900 |
| **UNIVERSAL CARD SVCS/CITIBANK**<br>C/O TSYS TOTAL DEBT MGT INC**<br>POB 137<br>COLUMBUS, GA 31902-0137 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5103 |
| **WELLS FARGO**<br>PO BOX 660553<br>DALLAS, TX 75266 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7008 |
| **WORLD FINCL NETWORK NATL BANK/**<br>LEVIN FURNITURE<br>POB 182124<br>COLUMBUS, OH 43218-2124 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4454 |
| **WFNNB/NEW YORK & CO**<br>POB 182273<br>COLUMBUS, OH 43218 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8060 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WFNNB/NEW YORK & CO**<br>POB 182273<br>COLUMBUS, OH 43218 | Trustee Claim Number:61 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2282 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number:62 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 15,000.25<br>COMMENT: $/PL-CL*FR OCWEN-DOC 52, 58*FR NATIONSTAR/OCWEN-DOC 112 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2338 |
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br>PITTSBURGH, PA 15233 | Trustee Claim Number:63 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EQUITABLE GAS/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **REAL TIME RESOLUTIONS INC(*)**<br>PO BOX 35888<br>DALLAS, TX 75235 | Trustee Claim Number:64 INT %: 0.00%<br>Court Claim Number:4-3<br>CLAIM: 2,233.98<br>COMMENT: $PL-CL*JPMORGAN CHASE BK NA*AMD*THRU 6/12 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1015 |
| **SOUTH FAYETTE SD (S FAYETTE TWP) (RE)**<br>C/O JORDAN TAX SVC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:65 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,231.51<br>COMMENT: C6GOV*6210.19@10%TTL/PL@CURR CLLCTR | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 405B9;08;NON% |
| **REAL TIME RESOLUTIONS INC(*)**<br>PO BOX 35888<br>DALLAS, TX 75235 | Trustee Claim Number:66 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: CL 11 @ 39342.89 W/DRAWN*DOC 36*FILED IN ERROR | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1015 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number:67 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 492.00<br>COMMENT: NON CONFORMING-DOC 40=RSV!!*NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/62*F | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8936 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:68 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/CONF-PL*BGN 4-13 TT DIST | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4084836-172592 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number:69 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 25.00<br>COMMENT: $/OE*NT/PL*17/NTC-POSTPET FEE-EXP*REF CL*W/62*FR NATIONSTAR/OCWEN-D( | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8936 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number:70 INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM: 1,353.20<br>COMMENT: DFCNCY*AMD*W/6*DKT! | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4218 |

| Creditor | Trustee Claim / Court Claim | Credit Description / Account |
|---|---|---|
| **PERITUS PORTFOLIO SERVICES II LLC AS ASSI**<br>PO BOX 141419<br><br>IRVING, TX  75014 | Trustee Claim Number:71  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL*BGN 5/14*344.12 X 38 REM + 2=LMT*FR SANTANDER-DOC 104 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  3465 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:72  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **REAL TIME RESOLUTIONS INC(*)**<br>PO BOX 35888<br><br>DALLAS, TX  75235 | Trustee Claim Number:73  INT %:  0.00%<br>Court Claim Number:4-4<br><br>CLAIM:  0.00<br>COMMENT:  CL 4-2 FILED ONLY TO REDACT CL 4-2*$39,342.89*DKT!!! | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  1015 |
| **UDREN LAW OFFICES PC**<br>ATTN BANKRUPTCY DEPT<br>111 WOODCREST RD STE 200<br>WOODCREST CORPORATE CTR<br>CHERRY HILL, NJ  08003-3620 | Trustee Claim Number:74  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  OCWEN LOAN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALEXANDRA T GARCIA ESQ**<br>MCCABE WEISBERG & CONWAY PC<br>123 S BROAD ST STE 1400<br><br>PHILADELPHIA, PA  19109 | Trustee Claim Number:75  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LSF9 MASTER PARTICIPATION TRUST/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KARINA VELTER ESQ**<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br><br>COLUMBUS, OH  43216-5028 | Trustee Claim Number:76  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LSF9 MSTR PRTCPTN TRUST/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:77  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  4823 |