IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 12-23374-JAD |
| | ) | |
| Manson W. Seto & Kristin K. Seto | ) | CHAPTER NO. 13 |
| | ) | |
| Debtors, | ) | DOC NO. |
| | ) | |
| LSF9 Master Participation Trust, | ) | Related to Document No. 133 |
| Movant, | ) | |
| | ) | Hearing Date & Time:   June 28, 2017 @ 11:00 a.m. |
| vs. | ) | |
| | ) | |
| Manson W. Seto, | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| Respondents. | | |

NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTORS' OBJECTION TO MOVANT'S NOTICE OF MORTGAGE PAYMENT CHANGE

You are hereby notified that the above Debtors seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Debtors a response to the motion no later than **June 16, 2017**, i.e, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **Wednesday, June 28, 2017 at 11:00 a.m.** before Chief Judge Jeffery A. Deller Courtroom "D", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: May 30, 2017

/s/ Alan R. Patterson, III
Alan R. Patterson, III, Esq.
Gross & Patterson, LLC
428 Forbes Avenue, Suite 103
Pittsburgh, PA 15219
(412) 281-2928
79798 - PA ID No.
apattersonlaw@gmail.com