# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY NO. 12-23374-JAD |
| ) | |
| Manson W. Seto and Kristin K. Seto, ) | CHAPTER NO. 13 |
| Debtors, ) | |
| ) | DOC NOS. 134-133 |
| LSF9 Master Participation Trust, ) | |
| Movant, ) | |
| ) | Hearing Date & Time: |
| vs. ) | June 28, 2017 @ 11:00 am |
| ) | |
| Manson W. Seto, ) | |
| Kristin K. Seto, ) | |
| Ronda J. Winnecour, Esq., Trustee, ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE FOR NOTICE OF HEARING WITH RESPONSE DEADLINE (Docket No. 134) AND DEBTORS' OBJECTION TO MOVANT'S NOTICE OF MORTGAGE PAYMENT CHANGE (Docket No. 133)

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below in the following manners and on the following dates.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Recipients of Service by Electronic Notification on May 30, 2017-VIA ECF Only:**

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Sherri J. Braunstein on behalf of Creditor Ocwen Loan Servicing, LLC
sbraunstein@udren.com, vbarber@udren.com

Alexandra Teresa Garcia on behalf of Creditor LSF9 Master Participation Trust, ecfmail@mwc-law.com

Andrew F Gornall on behalf of Creditor JPMORGAN CHASE BANK, N.A.
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Jeffrey R. Hunt on behalf of Creditor South Fayette School District
jhunt@grblaw.com, cnoroski@grblaw.com

James A. Prostko on behalf of Creditor Nationstar Mortgage, LLC
pawb@fedphe.com, james.prostko@phelanhallinan.com

Leslie J. Rase, Esq. on behalf of Creditor Nationstar Mortgage, LLC
lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

Thomas Song on behalf of Creditor LSF9 Master Participation Trust, thomas.song@phelanhallinan.com

Karina Velter on behalf of Creditor LSF9 Master Participation Trust , amps@manleydeas.com

James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, N.A.,
bkgroup@kmllawgroup.com

Elizabeth Lamont Wassall on behalf of Creditor Ocwen Loan Servicing, LLC, vbarber@udren.com

Stuart P. Winneg on behalf of Creditor Ocwen Loan Servicing, LLC, swinneg@udren.com,
cblack@udren.com

Service by First Class Mail, Postage Prepaid on May 30, 2017:

| LSF9 Master Participation Trust | Phelan Hallinan Diamond & | Manson W. Seto |
|---|---|---|
| Maley Deas Kochalski, LLC | Jones, LLP | 721 Woodbridge Drive |
| PO Box 165028 | 1617 JFK Boulevard, Suite 1400 | Oakdale, PA 15071-9701 |
| Columbus, OH 43126-5028 | Philadelphia, PA 19103 | |
| Thomas Song, Esquire | | |

EXECUTED ON:  May 30, 2017          /s/ Alan R. Patterson III
                                    Alan R. Patterson III
                                    Gross & Patterson, LLC
                                    428 Forbes Avenue, Suite 103
                                    Pittsburgh, PA 15219
                                    (412) 281-2928
                                    PA ID NO: 79798
                                    apattersonlaw@gmail.com