2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-23374-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Manson W. Seto
721 Woodbridge Drive
Oakdale PA 15071

Kristin K Seto
721 Woodbridge Drive
Oakdale PA 15071

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/08/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Real Time Resolutions, Inc., 1349 Empire Central Dr, Suite 150, P.O. Box 36655, Dallas, Tx 75247

Name and Address of Transferee:

JPMorgan Chase Bank, N.A.
c/o LCS Financial Services Corporation
6782 S. Potomac Street, Suite 100
Centennial, CO 80112

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/11/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Manson W. Seto
Kristin K Seto
    Debtors

Case No. 12-23374-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Jun 09, 2017
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13451289        E-mail/Text: bkdepartment@rtresolutions.com Jun 10 2017 00:50:47
      Real Time Resolutions, Inc.,   1349 Empire Central Dr, Suite 150,   P.O. Box 36655,
      Dallas, Tx 75247
                                                                                                                   TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
           Alan R. Patterson, III   on behalf of Debtor Manson W. Seto apattersonlaw@gmail.com,
            andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
           Alan R. Patterson, III   on behalf of Joint Debtor Kristin K Seto apattersonlaw@gmail.com,
            andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
           Alexandra Teresa Garcia   on behalf of Creditor    LSF9 Master Participation Trust
            ecfmail@mwc-law.com
           Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al...
            agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
            bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Celine P. DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
            ecfmail@mwc-law.com
           Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
           James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
            james.prostko@phelanhallinan.com
           Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com,
            cnoroski@grblaw.com
           Karina   Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
           Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com,
            ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
           Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
            vbarber@udren.com
           Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
            cblack@udren.com
           Thomas   Song    on behalf of Creditor    LSF9 Master Participation Trust
            thomas.song@phelanhallinan.com
                                                                                       TOTAL: 18