**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  MANSON W. SETO<br>KRISTIN K. SETO<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  MANSON W. SETO<br>KRISTIN K. SETO<br><br>      Respondents | Bankruptcy No.12-23374-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 140 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 16th day of June, 2017, it is hereby ORDERED, ADJUDGED and DECREED that,

> Nisource Corporate Services Co
> Attn: Payroll Manager
> Pob 30130
> College Station,TX 77842

is hereby ordered to immediately terminate the attachment of the wages of MANSON W. SETO, social security number XXX-XX-7729. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MANSON W. SETO.

BY THE COURT:

JEFFERY A. DELLER    mas
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
  Debtor(s) Attorney
  Debtor(s) Employer

FILED
6/16/17 8:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Manson W. Seto  
Kristin K Seto  
    Debtors

Case No. 12-23374-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 1     Date Rcvd: Jun 16, 2017  
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2017.
```
db/jdb         +Manson W. Seto,    Kristin K Seto,    721 Woodbridge Drive,    Oakdale, PA 15071-9701
intp           +NiSource Corporate Services,    Attn: Payroll Dept.,    801 E. 86th Avenue,
                 Merriville, IN 46410-6272
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:

```
              Alan R. Patterson, III    on behalf of Debtor Manson W. Seto apattersonlaw@gmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alan R. Patterson, III    on behalf of Joint Debtor Kristin K Seto apattersonlaw@gmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al...
               agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Celine P. DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Karina Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com
              Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
               cblack@udren.com
              Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust
               thomas.song@phelanhallinan.com
                                                                                             TOTAL: 18
```