IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Manson W. Seto and | : | Bankruptcy No. 12-23374-JAD |
| Kristin K. Seto, | : | |
| Debtors, | : | Chapter No. 13 |
| | : | |
| Manson W. Seto, Kristin K. Seto and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent. | : | |

**CO-DEBTOR, KRISTIN K. SETO'S, CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.      All payments required under the Chapter 13 Plan have been made.

2.      The Co-Debtor, Kristin K. Seto, is not required to pay any Domestic Support Obligations.

3.      The Co-Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Co-Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Co-Debtor ineligible for a discharge.

4.      Due to the passing of Co-Debtor, Kristin K. Seto, a *Motion to Excuse Co-Debtor from Requirement to Obtain Post-Petition Financial Management Course* (Dkt.  No. 121) was filed on March 28, 2017 and granted by *Order* dated April 24, 2017 (Dkt. No. 125).

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 21, 2017                    By:      /s/ Alan R. Patterson III
                                                            Alan R. Patterson III
                                                            Gross & Patterson, LLC
                                                            428 Forbes Avenue, Suite 103
                                                            Pittsburgh, PA 15219
                                                            apattersonlaw@gmail.com
                                                            412-281-2928
                                                            PA ID. No. 79798

**PAWB Local Form 24 (07/13)**