# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| Debtor: | MANSON W. & KRISTIN K SETO |
| Case Number: | 12-23374-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, JUNE 28, 2017 11:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Trustee's Motion To Compel LSF9 Master Partcipation Trust To Remove Charges On The December 17, 2012 Notice of The Postpetition Mortgage Fees, Expenses And Charges (Re: Claim No. 3) And Provide Proof Of Same filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response filed by LSF9 Master Participation Trust 6/6/2017 at Doc. No. 136  [Due 6/6/2017]
R / M #:   130 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL ✓
DEBTORS:  ALAN R. PATTERSON, ESQUIRE
CREDITOR:  CELINE P. DER KRIKORIAN, ESQUIRE for LSF9 MASTER PARTICIPATION TRUST  / Pavlovich

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  30  Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____

    _____ To Conciliation Conference For _____ at _____
           AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY   /   JURY
    _____ Simple / Pretrial Order - NONJURY   /   JURY
    _____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**Continue Matter For At Least 30 Days**

FILED
6/28/17 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge