# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | MANSON W. & KRISTIN K SETO |
| **Case Number:** | 12-23374-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 28, 2017   11:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

### Matter:

Debtors' Objection To The Notice Of Mortgage Payment Change issued by LSF9 Master Participation Trust on May 12, 2017
- No Response Filed  [Due 6/16/2017]
R / M #:   133 / 0

### Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  / PAIL
DEBTORS:  ALAN R. PATTERSON, III, ESQUIRE
CREDITOR:

### Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
       ✓ For At Least  30  Days (Court To Issue Scheduling Order)
       ___ To Hearing Date Of _____ at _____ AM/PM at _____
       ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
       ___ Evidentiary Hearing On Value And Cram-Down Interest
       ___ Complex / Pretrial Order -  NONJURY  /  JURY
       ___ Simple / Pretrial Order - NONJURY  /  JURY
       ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Continue Matter For At Least 30 Days**

FILED
6/28/17 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge