IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **MANSON W. SETO** and **KRISTEN K. SETO,** | : | Bankruptcy No. 12-23374-JAD |
| Debtors. | : | Chapter 13 |
| **RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,** | : | |
| Movant, | : | |
| v. | : | Related To Doc. No. 130 |
| **LSF9 MASTER PARTICIPATION TRUST,** | : | |
| Respondent. | : X | |

## ORDER CONTINUING HEARING

**AND NOW**, this **28th** day of **June**, 2017, a hearing having been held on **June 28, 2017**, on the **Trustee's Motion To Compel LSF9 Master Participation Trust To Remove Charges On The December 17, 2012 Notice Of Postpetition Mortgage Fees, Expenses And Charges And Provide Proof Of Same** filed by **Ronda J. Winnecour, Chapter 13 Trustee** at **Doc. No. 130** and the responsive pleading filed thereto by LSF9 Master Participation Trust at Doc. No. 136;

**IT IS HEREBY ORDERED** that the hearing on the above-referenced matter **IS CONTINUED TO Wednesday, August 23, 2017**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____  mas
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Manson W. and Kristin K. Seto
Alan R. Patterson, Esquire
Celine P. DerKrikorian, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
6/28/17 4:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Manson W. Seto
Kristin K Seto
    Debtors

Case No. 12-23374-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Jun 29, 2017
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
db/jdb         +Manson W. Seto,    Kristin K Seto,    721 Woodbridge Drive,    Oakdale, PA 15071-9701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
    Alan R. Patterson, III    on behalf of Debtor Manson W. Seto apattersonlaw@gmail.com, andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
    Alan R. Patterson, III    on behalf of Joint Debtor Kristin K Seto apattersonlaw@gmail.com, andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
    Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com
    Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Celine P. DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com
    Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
    James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
    James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com, james.prostko@phelanhallinan.com
    Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com, cnoroski@grblaw.com
    Karina Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
    Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
    Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com, vbarber@udren.com
    Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com, cblack@udren.com
    Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust thomas.song@phelanhallinan.com
                                                                                                             TOTAL: 18