## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:    Manson W. Seto & Kristin K. Seto,
Debtors,

LSF9 Master Participation Trust,

Movant

v.

Manson W. Seto & Kristin K. Seto
RespondentS.

Bankruptcy No. 12-23374-JAD

Chapter 13

Related to Document Nos. 133,142,148

### ORDER

AND NOW, this 18th day of August, 2017, it is hereby ORDERED that the August 23, 2017 hearing on Debtors' Objection To Notice Of Mortgage Payment Change (Claim No. 3), filed at Doc. No. 133 by Debtors ,Manson W. Seto and Kristin K. Seto, is hereby **CANCELLED and RESCHEDULED** for **Tuesday, September 19, 2017**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Jeffery A. Deller    mas
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Manson W. and Kristin K. Seto
    Alan R. Patterson, Esquire
    Celine P. DerKrikorian, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
8/18/17 5:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 12-23374-JAD
Manson W. Seto                                                                            Chapter 13
Kristin K Seto
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 1          Date Rcvd: Aug 21, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
db/jdb      +Manson W. Seto,    Kristin K Seto,     721 Woodbridge Drive,    Oakdale, PA 15071-9701
14293408     LSF9 Master Participation Trust,    Manley Deas Kochalski LLC,    P.O. Box 165028,
             Columbus, OH 43216-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LSF9 Master Participation Trust
                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
          Alan R. Patterson, III   on behalf of Debtor Manson W. Seto apattersonlaw@gmail.com,
          andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alan R. Patterson, III   on behalf of Joint Debtor Kristin K Seto apattersonlaw@gmail.com,
          andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alexandra Teresa Garcia   on behalf of Creditor    LSF9 Master Participation Trust
          ecfmail@mwc-law.com
          Andrew F Gornall   on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al...
          agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Celine P. DerKrikorian   on behalf of Creditor    LSF9 Master Participation Trust
          ecfmail@mwc-law.com
          Elizabeth Lamont Wassall   on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
          James Warmbrodt   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
          james.prostko@phelanhallinan.com
          Jeffrey R. Hunt   on behalf of Creditor    South Fayette School District jhunt@grblaw.com,
          cnoroski@grblaw.com
          Karina Velter   on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
          Leslie J. Rase, Esq.   on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com,
          ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Sherri J. Braunstein   on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
          vbarber@udren.com
          Stuart P. Winneg   on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
          cblack@udren.com
          Thomas Song   on behalf of Creditor    LSF9 Master Participation Trust
          thomas.song@phelanhallinan.com
                                                                             TOTAL: 18