# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** MANSON W. & KRISTIN K SETO
**Case Number:** 12-23374-JAD    **Chapter:** 13
**Date / Time / Room:** TUESDAY, SEPTEMBER 19, 2017 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

RESCHEDULED - Trustee's Motion To Compel LSF9 Master Partcipation Trust To Remove Charges On The December 17, 2012 Notice of The Postpetition Mortgage Fees, Expenses And Charges (Re: Claim No. 3) And Provide Proof Of Same filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response filed by LSF9 Master Participation Trust 6/6/2017 at Doc. No. 136  [Due 6/6/2017]
- Hearing Held 6/28/2017 - Continued To 8/23/2017
- Order Entered 8/18/2017 Cancelling/Rescheduling 8/23/2017 Hearing To 9/19/2017
R / M #:  130 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  ALAN R. PATTERSON, ESQUIRE
CREDITOR:  CELINE P. DERKRIKORIAN, ESQUIRE for LSF9 MASTER PARTICIPATION TRUST - VIA TELEPHONE
CREDITOR:  MATTHEW M. PAVLOVICH, ESQUIRE for LSMF9 MASTER PARTICIPATION TRUST  *Ruchak*

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
   ✓ For At Least  30  Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order -  NONJURY  /  JURY
   ___ Simple / Pretrial Order - NONJURY  /  JURY
   ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Continue Matter For At Least 30 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
9/20/17 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA