UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | MANSON W. & KRISTIN K SETO |
| **Case Number:** | 12-23374-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 19, 2017 10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

CONTINUED - Debtors' Objection To The Notice Of Mortgage Payment Change issued by LSF9 Master Participation Trust on May 12, 2017
- No Response Filed  [Due 6/16/2017]
- Hearing Held 6/28/2017 - Continued To 8/23/2017
- Order Entered 8/18/2017 Cancelling/Rescheduling 8/23/2017 Hearing To 9/19/2017
R / M #:   133 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  ALAN R. PATTERSON, ~~III~~, ESQUIRE
CREDITOR: CELINE P. DERKRIKORIAN, ESQUIRE for LSF9 MASTER PARTICIPATION TRUST -- VIA TELEPHONE
CREDITOR: ~~MATTHEW M. PAVL~~OVICH, ESQUIRE for LSF9 MASTER PARTICIPATION TRUST    / Ruchal

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  30  Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
    _____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order -  NONJURY  /  JURY
        _____ Simple / Pretrial Order - NONJURY  /  JURY
        _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 30 Days**

FILED
9/20/17 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge