IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **MANSON W. SETO and KRISTEN K. SETO,** : | Bankruptcy No. 12-23374-JAD |
| : | |
| Debtors. : | Chapter 13 |
| _____ : | |
| **LSF9 MASTER PARTICIPATION TRUST,** : | |
| : | |
| Movant, : | |
| : | |
| v. : | Related To Doc. No. 133 |
| : | |
| **MANSON W. SETO and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,** : | |
| : | |
| Respondents. : | |
| _____X | |

## ORDER CONTINUING HEARING

**AND NOW**, this **20th** day of **September**, 2017, a Continued Hearing having been held on **September 19, 2017**, on the **Objection To The Notice Of Mortgage Payment Change Filed By LSF9 Master Participation Trust On May 12, 2017** filed by **Debtor Manson W. Seto** at **Doc. No. 133**;

**IT IS HEREBY ORDERED** that the hearing on the above-referenced matter **IS CONTINUED TO Wednesday, November 15, 2017**, at **10:30 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____  mas
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
    Manson W. and Kristin K. Seto
    Alan R. Patterson, Esquire
    Celine P. DerKrikorian, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
9/20/17 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-23374-JAD
Manson W. Seto                                                          Chapter 13
Kristin K Seto
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy               Page 1 of 1             Date Rcvd: Sep 20, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db/jdb        +Manson W. Seto,    Kristin K Seto,    721 Woodbridge Drive,    Oakdale, PA 15071-9701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              Alan R. Patterson, III    on behalf of Debtor Manson W. Seto apattersonlaw@gmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alan R. Patterson, III    on behalf of Joint Debtor Kristin K Seto apattersonlaw@gmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Celine P. DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Karina Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC pa.bkecf@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
               cblack@udren.com
              Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust
               thomas.song@phelanhallinan.com
                                                                                             TOTAL: 18