UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MANSON W. & KRISTIN K SETO |
| Case Number: | 12-23374-JAD        Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, NOVEMBER 15, 2017 10:30 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

CONTINUED - Trustee's Motion To Compel LSF9 Master Partcipation Trust To Remove Charges On The December 17, 2012 Notice of The Postpetition Mortgage Fees, Expenses And Charges (Re: Claim No. 3) And Provide Proof Of Same filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response filed by LSF9 Master Participation Trust 6/6/2017 at Doc. No. 136  [Due 6/6/2017]
- Hearing Held 6/28/2017 - Continued To 8/23/2017
- Order Entered 8/18/2017 Cancelling/Rescheduling 8/23/2017 Hearing To 9/19/2017
- Hearing Held 9/19/2017 - Continued To 11/15/2017
R / M #:  130 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  ALAN R. PATTERSON, ESQUIRE  / Guy
CREDITOR:  CELINE P. DERKRIKORIAN, ESQUIRE for LSF9 MASTER PARTICIPATION TRUST - VIA TELEPHONE
CREDITOR:  MATTHEW M. PAVLOVICH, ESQUIRE for LSMF9 MASTER PARTICIPATION TRUST  / Kurhall

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  30  Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____
    _____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
    _____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order -  NONJURY  /  JURY
        _____ Simple / Pretrial Order - NONJURY  /  JURY
        _____ Parties To Undertake Discovery - Discovery Period: _____ days
    _____ SETTLEMENT STIPULATION IS DUE _____
    _____ OTHER:

**- Continue Matter For At Least 30 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
11/17/17 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA