UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|   |   |   |   |
|---|---|---|---|
| Debtor: | MANSON W. & KRISTIN K SETO | | |
| Case Number: | 12-23374-JAD | Chapter: | 13 |
| Date / Time / Room: | WEDNESDAY, NOVEMBER 15, 2017 10:30 AM   COURTROOM D | | |
| Bankruptcy Judge: | JEFFERY A. DELLER | | |
| Courtroom Clerk: | MARY SCHUETZ | | |
| Reporter / ECR: | N/A | | |

## Matter:

CONTINUED - Debtors' Objection To The Notice Of Mortgage Payment Change issued by LSF9 Master Participation Trust on May 12, 2017
- No Response Filed  [Due 6/16/2017]
- Hearing Held 6/28/2017 - Continued To 8/23/2017
- Order Entered 8/18/2017 Cancelling/Rescheduling 8/23/2017 Hearing To 9/19/2017
- Hearing Held 9/19/2017 - Continued To 11/15/2017
R / M #:  133 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  ALAN R. PATTERSON, III, ESQUIRE
CREDITOR: CELINE P. DERKRIKORIAN, ESQUIRE for LSF9 MASTER PARTICIPATION TRUST -- VIA TELEPHONE
CREDITOR: MATTHEW M. PAVLOVICH, ESQUIRE for LSF9 MASTER PARTICIPATION TRUST

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER: 30
    ✓ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____
        _____ AM/PM at _____
    _____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order -  NONJURY   /   JURY
        _____ Simple / Pretrial Order - NONJURY   /   JURY
        _____ Parties To Undertake Discovery - Discovery Period:  _____ days
    _____ SETTLEMENT STIPULATION IS DUE _____
    _____ OTHER:

**- Continue Matter For At Least 30 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
11/17/17 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA