IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **MANSON W. SETO and KRISTEN K. SETO,** : | Bankruptcy No. 12-23374-JAD |
| : | |
| Debtors. : | Chapter 13 |
| : | |
| **LSF9 MASTER PARTICIPATION TRUST,** : | |
| : | |
| Movant, : | |
| : | |
| v. : | Related To Doc. No. 133 |
| : | |
| **MANSON W. SETO and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,** : | |
| : | |
| Respondents. : | |

## ORDER CONTINUING HEARING

AND NOW, this **17th** day of **November**, 2017, a Continued Hearing having been held on **November 15, 2017**, on the **Objection To The Notice Of Mortgage Payment Change Filed By LSF9 Master Participation Trust On May 12, 2017** filed by **Debtor Manson W. Seto** at **Doc. No. 133**;

**IT IS HEREBY ORDERED** that the hearing on the above-referenced matter **IS CONTINUED TO Wednesday, January 10, 2018**, at **10:30 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____
JEFFERY A. DELLER        mas
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
  Manson W. and Kristin K. Seto
  Alan R. Patterson, Esquire
  Celine P. DerKrikorian, Esquire
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

FILED
11/17/17 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Manson W. Seto
Kristin K Seto
    Debtors

Case No. 12-23374-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Nov 17, 2017
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.
db/jdb        +Manson W. Seto,    Kristin K Seto,    721 Woodbridge Drive,    Oakdale, PA 15071-9701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:

           Alan R. Patterson, III    on behalf of Debtor Manson W. Seto apattersonlaw@protonmail.com,
            andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
           Alan R. Patterson, III    on behalf of Joint Debtor Kristin K Seto apattersonlaw@protonmail.com,
            andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
           Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
            ecfmail@mwc-law.com
           Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al...
            agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
            bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Celine P. DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
            ecfmail@mwc-law.com
           Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
           James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
            james.prostko@phelanhallinan.com
           Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com,
            cnoroski@grblaw.com
           Karina Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
           Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com,
            ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
           Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
            sherri.braunstein@phelanhallinan.com
           Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
            cblack@udren.com
           Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust
            thomas.song@phelanhallinan.com
                                                          TOTAL: 18