UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | MANSON W. & KRISTIN K SETO |
| Case Number: | 12-23374-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, JANUARY 10, 2018 10:30 AM    COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## *Matter:*

CONTINUED - Trustee's Motion To Compel LSF9 Master Partcipation Trust To Remove Charges On The December 17, 2012 Notice of The Postpetition Mortgage Fees, Expenses And Charges (Re: Claim No. 3) And Provide Proof Of Same filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response filed by LSF9 Master Participation Trust 6/6/2017 at Doc. No. 136  [Due 6/6/2017]
- Hearing Held 6/28/2017 - Continued To 8/23/2017
- Order Entered 8/18/2017 Cancelling/Rescheduling 8/23/2017 Hearing To 9/19/2017
- Hearing Held 9/19/2017 - Continued To 11/15/2017
- Hearing Held 11/15/2017 - Continued To 1/10/2018
- SETTLEMENT AND CERTIFICATE OF COUNSEL filed  1/9/2018 at Doc. No. 174
R / M #:   130 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTORS:  ALAN R. PATTERSON, ESQUIRE
CREDITOR: MATTHEW M. PAVLOVICH, ESQUIRE for LSMF9 MASTER PARTICIPATION TRUST

## *Proceedings:*

\_\_\_ Motion is GRANTED  /  DENIED
\_\_\_\_\_ Special Type Of Order:
\_\_\_\_\_ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____  at _____ AM/PM at
    _____
    _____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY   /   JURY
    _____ Simple / Pretrial Order - NONJURY   /   JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
\_\_\_\_\_ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  Settlement / Consent order entered.

- **Consent Order [w/ Exhibit A] entered 1/10/2018**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
1/10/18 2:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA