UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

| | |
|---|---|
| Debtor: | MANSON W. & KRISTIN K SETO |
| Case Number: | 12-23374-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, JANUARY 10, 2018 10:30 AM    COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## *Matter:*

CONTINUED - Debtors' Objection To The Notice Of Mortgage Payment Change issued by LSF9 Master Participation Trust on May 12, 2017
- Response filed 6/16/2017 at Doc. No. 142 by LSF9 Master Participation Trust  [Due 6/16/2017]
- Hearing Held 6/28/2017 - Continued To 8/23/2017
- Order Entered 8/18/2017 Cancelling/Rescheduling 8/23/2017 Hearing To 9/19/2017
- Hearing Held 9/19/2017 - Continued To 11/15/2017
- Hearing Held 11/15/2017 - Continued To 1/10/2018
R / M #:   133 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  ALAN R. PATTERSON, III, ESQUIRE
CREDITOR: CELINE P. DERKRIKORIAN, ESQUIRE for LSF9 MASTER PARTICIPATION TRUST -- VIA TELEPHONE
CREDITOR: MATTHEW M. PAVLOVICH, ESQUIRE for LSF9 MASTER PARTICIPATION TRUST

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: *Consent Order to be filed w/ 14 days

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
1/10/18 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA