UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Manson W. Seto and Kristin K. Seto<br>　　　　　　　　Debtors,<br><br>Manson W. Seto and Kristin K. Seto<br>　　　　　　　Movants<br>　　　　v.<br><br>LSF9 Master Participation Trust and Ronda J.<br>Winnecour, Chapter 13 Trustee<br>　　　　　　　Respondent. | Bankruptcy No. 12-23374-JAD<br><br>Chapter 13<br><br>Doc. No. 178<br><br>Related to Document No. 133 and 136 |

### CONSENT ORDER

WHEREAS, on January 20, 2016, Manson W. Seto and Kristin K. Seto (hereinafter "Debtors") filed a Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Pennsylvania;

WHEREAS, Ronda J. Winnecour (hereinafter "the Trustee") is the Chapter 13 Trustee in this case;

WHEREAS LSF9 Master Participation Trust (hereinafter "Creditor") is the current holder of a mortgage secured by the Debtors' property located at 3721 Woodbridge Drive, Oakdale, Pennsylvania 15071;

WHEREAS, on August 4, 2012, Creditor filed Proof of Claim at Claim No. 3, reflecting a secured claim in the amount of $185,442.76 and prepetition arrears in the amount of $15,000.25;

WHEREAS, on May 12, 2017, Creditor filed a Notice of Mortgage Payment Change at Claim No. 3, which reflected a payment change effective June 1, 2017 in the amount of $1,434.47 and an escrow account surplus of $16,351.72 (the "First NMPC"):

WHEREAS, on May 30, 2017, Debtors filed an Objection to the Notice of Mortgage Payment Change filed on May 12, 2017 at Docket No. 133 questioning the escrow account surplus in light of the fact that no prior Notice of Mortgage Payment Changes had been filed by Creditor since the date the bankruptcy case was filed;

WHEREAS, on June 16, 2017 Creditor filed a Response to the Debtors' Objection to the Notice of Mortgage Payment Change filed on May 12, 2017 at Docket No.136;

WHEREAS, on September 26, 2017, Creditor filed a Notice of Mortgage Payment Change at Claim No. 3 which reflected a payment change of $1,438.82 effective November 1, 2017 and an escrow account surplus of $3,175.95 (the "Second NMPC");

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed to settle the Debtors' Objection to Notice of Mortgage Payment Change Filed May 12, 2017 at Docket No. 133 and Creditor's Response thereto at Docket No. 136, by and among Alan R. Patterson III, Esquire, Counsel for Debtors, Ronda J. Winnecour, Chapter 13 Trustee and counsel for Creditor, by and through its attorney, Celine P. DerKrikorian, Esquire, as follows:

1. All postpetition regular monthly mortgage payments from July 1, 2012 to June 1, 2017 that have come due for the length of Debtors' Chapter 13 Plan were in the amount of $1,403.34 for principal, interest, and escrow, per the filed Proof of Claim at No. 3.

2. Creditor did not implement the First NMPC filed on May 12, 2017 and accordingly, the First NMPC is withdrawn.

3. Creditor has applied all post-petition monthly mortgage payments from July 1, 2012 to June 1, 2017 in accordance with the terms of confirmed Chapter 13 Plan.

4. The Chapter 13 Trustee made a disbursement to Creditor on May 25, 2017 and upon receipt of the same, the Debtors' account was paid through June 2017.

5. Upon completion of the Chapter 13 Plan, Debtors were to resume making direct monthly mortgage payments effective July 1, 2017.

6. The Second NMPC is correct and effective November 1, 2017, Debtors' monthly mortgage payment changed from $1,403.034 to $1,438.82 for principal, interest, and escrow.

7. As of the date of this Consent Order, Debtors' account is due for the December 1, 2017- January 1, 2018 regular monthly mortgage payments of $1,438.82 each for a total of $2,877.64.

8. The Second NMPC reflects an escrow account surplus in the amount of $3,175.95 which will be returned to Debtors when the account is brought current through January 2018.

9. The Chapter 13 Trustee has sufficient funds on hand to make a final disbursement to Creditor in the amount of $2,877.64 at the end of January 2018, which will bring Debtor's account current through January 2018.

10. Upon receipt of the $2,877.64 which represents the December 2017 and January 2018 monthly mortgage payments, Debtors' account with a principal balance of $155,042.19 shall be postpetition and contractually current through January 2018 and Creditor will send Debtors a check in the amount of $3,175.95 representing the escrow surplus.

11. Debtors' escrow account is sufficiently funded for the tax and insurance obligations for the present year, 2018.

12. Creditor has agreed to pay Debtors' attorney fees related to this matter in the amount of $1,485.00.

13. No fees or costs relating to the defense of this Objection to Notice of Mortgage Payment Change have been or will be assessed to Debtors' account.

    **IN WITNESS** hereof, the parties, by their respective, duly authorized, undersigned counsel of record and agent, have cause this Consent Order to be executed as of the _____ day of _____ 2018.

**BY THE COURT:**

_____
Jeffrey A. Deller, United States Bankruptcy Judge

1-26-2018

**Consented to by:**
/s/Celine P. DerKrikorian
ANN E. SWARTZ, ESQUIRE
CELINE P. DERKRIKORIAN, ESQUIRE
ALEXANDRA T. GARCIA, ESQUIRE
McCabe, Weisberg & Conway, P.C.
Wells Fargo Bank Building
123 S. Broad Street, Suite 1400
Philadelphia, PA 19109
**Attorney for LSF9 Master Participation Trust**
ecfmail@mwc-law.com
Dated:1/24/2018

/s/Alan R. Patterson
Alan R. Patterson, III, Esquire
707 Grant Street
Suite 2340
Pittsburgh, PA 15219
apattersonlaw@protonmail.com
Dated: 1/24/2018

/s/Ronda J. Winnecour
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
**Chapter 13 Trustee**
Dated:1/24/2018

FILED
1/26/18 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Manson W. Seto  
Kristin K Seto  
    Debtors

Case No. 12-23374-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Jan 26, 2018  
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
db/jdb        +Manson W. Seto,    Kristin K Seto,    721 Woodbridge Drive,    Oakdale, PA 15071-9701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
         Alan R. Patterson, III    on behalf of Debtor Manson W. Seto apattersonlaw@protonmail.com,
          andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
         Alan R. Patterson, III    on behalf of Joint Debtor Kristin K Seto apattersonlaw@protonmail.com,
          andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
         Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
          ecfmail@mwc-law.com
         Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al...
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Celine P. DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
          ecfmail@mwc-law.com
         Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
          james.prostko@phelanhallinan.com
         Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com,
          cnoroski@grblaw.com
         Karina Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
         Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com,
          ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
          sherri.braunstein@phelanhallinan.com
         Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
          cblack@udren.com
         Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
                                                                                 TOTAL: 18