**Fill in this information to identify the case:**

Debtor 1: Manson W. Seto

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number: 12-23374

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: JPMorgan Chase Bank, N.A.

Court claim no. (if known): 4

Last 4 digits of any number you use to identify the debtor's account: 1 0 1 5

Property address: 721 Woodbridge Drive
Number    Street

Oakdale    PA    15071
City    State    ZIP Code

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __/__/____  MM/DD/YYYY

a. The lien will be released.
b. The loan has been charged off and there will be no further collection activity on the loan.

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: __/__/____  MM/DD/YYYY

Debtor 1   Manson W Seto
           First Name  Middle Name  Last Name

Case number (if known) 12-23374

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x _[signature]_    Date 02/15/2018
  Signature

Print  Pamela                Dotson          Title  Chief Compliance Counsel
       First Name  Middle Name  Last Name

Company  LCS Financial Services Corporation

If different from the notice address listed on the proof of claim to which this response applies:

Address  6782          S. Potomac St., Suite 100
         Number        Street

         Centennial                    CO      80112
         City                          State   ZIP Code

Contact phone ( 866 ) 662- 9087           Email _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH DIVISON)

In re: Manson W. Seto                                         Case No: 12-23374

           Debtor(s)                                          Chapter: 13

### RESPONSE TO NOTICE OF FINAL CURE CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Response to Notice of Final Cure Payment was forwarded to all parties of interest as listed below via First Class, U.S. Mail, postage prepaid or via ECF Notification on this 15th day of February, 2018.

Ronda J. Winnecour                          Alan R. Patterson, III
Suite 3250, USX Tower                       707 Grant Street, Suite 2340
600 Grant Street                            Pittsburgh, PA 15219
Pittsburgh, PA 15219

Manson W. Seto
721 Woodbridge Drive
Oakdale, PA 15071

                                    _Rika Mitchell_ (signature)
                                    Rika Mitchell