**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Manson W. Seto**
**Kristin K Seto**
    Debtor(s)

Bankruptcy Case No.: 12–23374–JAD
Doc. No. 185
Chapter: 13
Docket No.: 186 – 185

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

    **AND NOW,** this The 23rd of February, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

    **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/23/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/4/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/23/18.**

                                               Jeffery A. Deller
                                             United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 12-23374-JAD
Manson W. Seto                                                              Chapter 13
Kristin K Seto
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch          Page 1 of 3          Date Rcvd: Feb 23, 2018
                             Form ID: 408         Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
```
db/jdb       +Manson W. Seto,    Kristin K Seto,    721 Woodbridge Drive,    Oakdale, PA 15071-9701
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +LCS Financial Services Corporation,    6782 S Potomac St,    Suite 100,
               Centennial, CO 80112-4585
cr           +Nationstar Mortgage, LLC,    Stern & Eisenberg,    261 Old York Road,    Suite 410, The Pavilion,
               Jenkintown, PA 19046-3706
intp         +NiSource Corporate Services,    Attn: Payroll Dept.,    801 E. 86th Avenue,
               Merriville, IN 46410-6272
intp         +ThermoFisher Scientific,    Attention: Payroll Dept.,    300 Industry Drive,
               Pittsburgh, PA 15275-1001
13422188     +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13423748     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
               Arlington TX 76096)
13414005     +Aes/keystone Best,    1200 N. 7th Street 4th Flooret,    Harrisburg, PA 17102-1419
13414006     +Aes/m&t Elt - Pheaa,    Pob 2461,    Harrisburg, PA 17105-2461
13414007     +Aes/pheaa,    1200 N. 7th Street 4th Floor,    Harrisburg, PA 17102-1419
13414008     +Aes/pheaa-keycon,    1200 N 7th Street,    Harrisburg, PA 17102-1419
13414009     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX  79998)
13414010     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13414012     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
13492421     +CAPITAL ONE BANK (USA),N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13414013     +Chase,    1 Chase Sq,    Rochester, NY 14643-0002
13414014     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13429572     +Chase Home Finance LLC,    2901 Kinwest Parkway,    Irving, TX 75063-5815
13508023      ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
13414017     +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
13414022     +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14640661     +JPMorgan Chase Bank, N.A.,    c/o LCS Financial Services Corporation,
               6782 S. Potomac Street, Suite 100,    Centennial, CO 80112-4585
13414023     +Keystone Rewards,    1200 N 7th St,    Harrisburg, PA 17102-1419
14293408      LSF9 Master Participation Trust,    Manley Deas Kochalski LLC,    P.O. Box 165028,
               Columbus, OH 43216-5028
13673788     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
               Lewisville, TX 75067)
13414026     +National City Bank,    Po Box94982 Attcredit Bur Disp,    Cleveland, OH 44101-4982
13654245     +Nationstar Mortgage, LLC,    5920 Castleway West Drive,    Indianapolis, IN 46250-1931
13414027     +Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13414028     +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13414029     +Portfolio Recvry&affil,    287 Independence,    Virginia Beach, VA 23462-2962
13857527      Richard C. Maider, Esq.,    D M & G, LLP,    8 Thurlow Terrace,    Albany, New York 12203-1006
13857526     +Santander Consumer,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13932753      Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13857525     +Santander Consumer USA, Inc.,    Attention Bankruptcy Department,    P.O. Box 560284,
               Dallas, TX 75356-0284
13414033     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13429571     +South Fayette School District,    3680 Old Oakdale Road,    McDonald, PA 15057-3544
13467287     +South Fayette School District,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
               PIttsburgh, PA 15219-6101
13414034     +Taylor Bean,    1417 North Magnoli,    Ocala, FL 34475-9078
13414035     +University Of Pittsbur,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
13414036     +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13414037      Wellsfargo,    Supreme Re Serving,    Urbandale, IA  50323
13414038     +Wfnnb/levin,    Po Box 182789,    Columbus, OH 43218-2789
13414039     +Wfnnb/ny&c,    220 W Schrock Rd,    Westerville, OH 43081-2873
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/Text: peritus@ebn.phinsolutions.com Feb 24 2018 01:40:29
               Peritus Portfolio Services II,LLC assignee for NCE,    P.O. Box 141419,
               Irving, TX  75014-1419
cr            E-mail/Text: bkdepartment@rtresolutions.com Feb 24 2018 01:40:02      Real Time Resolutions, Inc,
               1349 Empire Central Dr., Ste#150,    P.O. Box 36655,    Dallas, TX  75247
13414015     +E-mail/Text: bk.notifications@jpmchase.com Feb 24 2018 01:39:37      Chase Auto,
               2000 Marcus Avenue,    New Hyde Park, NY 11042-1069
13414016     +E-mail/Text: abovay@creditmanagementcompany.com Feb 24 2018 01:40:10      Credit Management Co,
               2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13414018     +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:51      Gecrb/best Buy,    Po Box 981439,
               El Paso, TX 79998-1439
```

District/off: 0315-2          User: msch              Page 2 of 3              Date Rcvd: Feb 23, 2018
                             Form ID: 408             Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13414019       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:04        Gecrb/home Dsgn Floori,
                 C/o Po Box 965036,  Orlando, FL 32896-0001
13414020        E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:05        Gecrb/jcp,  Po Box 984100,
                 El Paso, TX  79998
13414021       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:04        Gecrb/paypal Extras Mc,
                 Po Box 965005,  Orlando, FL 32896-5005
13414024       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 24 2018 01:39:32        Kohls/capone,
                 Po Box 3115,  Milwaukee, WI 53201-3115
13414025       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 24 2018 01:40:15        Metabnk/fhut,
                 6250 Ridgewood Roa,  Saint Cloud, MN 56303-0820
13439870       +Fax: 407-737-5634 Feb 24 2018 02:32:56      Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,  1661 Worthington RD.,  Suite 100,
                 West Palm Beach, FL 33409-6493
13609936        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:43:26
                 Portfolio Recovery Associates LLC,  P.O. Box 41067,  Norfolk, VA 23541
13462642        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:43:36
                 Portfolio Recovery Associates, LLC,  PO Box 12914,  Norfolk VA 23541
13624237       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:48
                 PRA Receivables Management, LLC,  POB 41067,  Norfolk, VA 23541-1067
14106407        E-mail/Text: peritus@ebn.phinsolutions.com Feb 24 2018 01:40:29
                 Peritus Portfolio Services II,LLC,  Assignee for NCEP, LLC,  P.O. BOX 141419,
                 IRVING, TX 75014-1419
13451289        E-mail/Text: bkdepartment@rtresolutions.com Feb 24 2018 01:40:02
                 Real Time Resolutions, Inc.,  1349 Empire Central Dr, Suite 150,  P.O. Box 36655,
                 Dallas, Tx 75247
13510910        E-mail/Text: bkdepartment@rtresolutions.com Feb 24 2018 01:40:02
                 Real Time Resolutions, Inc.,  1349 Empire Central Drive, Suite #150,  PO Box 36655,
                 Dallas, Texas 75247-4029
13467846        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 24 2018 01:37:57        Regional Acceptance Corporation,
                 PO Box 1847,  Wilson, NC 27894-1847
13414030       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 24 2018 01:37:57        Regional Finance Corp,
                 550 Ohio Pike Unit F,  Cincinnati, OH 45255-3472
13414031       +E-mail/PDF: pa_dc_claims@navient.com Feb 24 2018 01:37:55        Sallie Mae,  Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13515066       +E-mail/PDF: pa_dc_claims@navient.com Feb 24 2018 01:37:32        Sallie Mae,  c/o Sallie Mae Inc.,
                 220 Lasley Ave,  Wilkes-Barre, PA 18706-1496
13414032       +E-mail/PDF: pa_dc_claims@navient.com Feb 24 2018 01:37:10        Sallie Mae Servicing,
                 1002 Arthur Dr,  Lynn Haven, FL 32444-1683
                                                                                         TOTAL: 22

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              LSF9 Master Participation Trust
cr              Ocwen Loan Servicing, LLC
cr              REAL TIME RESOLUTIONS, INC.Et Al...
cr              South Fayette School District
cr*            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,  PO BOX 183853,  ARLINGTON TX 76096-3853
                 (address filed with court:  AmeriCredit Financial Services, Inc.,  PO Box 183853,
                 Arlington, TX  76096)
cr*             ECMC,  P.O. Box 16408,  St. Paul, MN  55116-0408
cr*            +Ocwen Loan Servicing, LLC,  Attn: Bankruptcy Department,  1661 Worthington Rd,  Suite 100,
                 West Palm Beach,, FL 33409-6493
cr*            +PRA Receivables Management, LLC,  POB 41067,  NORFOLK, VA 23541-1067
13414011       ##+Cap One,  Po Box 5253,  Carol Stream, IL 60197-5253
                                                                                TOTALS: 5, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2        User: msch              Page 3 of 3            Date Rcvd: Feb 23, 2018
                           Form ID: 408             Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
          Alan R. Patterson, III    on behalf of Debtor Manson W. Seto apattersonlaw@protonmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alan R. Patterson, III    on behalf of Joint Debtor Kristin K Seto apattersonlaw@protonmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al...
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Celine P. DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Karina  Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com,
           ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
           sherri.braunstein@phelanhallinan.com
          Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
           cblack@udren.com
          Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
                                                                                TOTAL: 18
```