**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MANSON W. SETO
KRISTIN K. SETO
   Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
   Movant
  vs.
No Repondents.

Case No.:12-23374 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2018

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/29/2012 and confirmed on 9/21/12 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 166,351.92 |
| Less Refunds to Debtor | 1,355.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 164,996.81 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,314.87 | |
|    Trustee Fee | 6,136.87 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,451.74 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LSF9 MASTER PARTICIPATION TRUST | 0.00 | 87,078.04 | 0.00 | 87,078.04 |
|     Acct: 8936 | | | | |
|   BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8644 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 7,470.00 | 0.00 | 7,470.00 |
|     Acct: 1015 | | | | |
|   REAL TIME RESOLUTIONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1015 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1015 | | | | |
|   LSF9 MASTER PARTICIPATION TRUST | 15,000.25 | 15,000.25 | 0.00 | 15,000.25 |
|     Acct: 8936 | | | | |
|   JPMORGAN CHASE BANK NA | 2,233.98 | 2,233.98 | 0.00 | 2,233.98 |
|     Acct: 1015 | | | | |
|   PNC BANK FORMERLY NATIONAL CITY E | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3290 | | | | |
|   SOUTH FAYETTE SD (S FAYETTE TWP) ( | 4,978.68 | 4,978.68 | 2,042.82 | 7,021.50 |
|     Acct: XXXX9;08 | | | | |
|   SOUTH FAYETTE SD (S FAYETTE TWP) ( | 1,231.51 | 1,231.51 | 0.00 | 1,231.51 |
|     Acct: XXXXXXXXNON% | | | | |
|   CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2406 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 3,556.92 | 3,556.92 | 959.03 | 4,515.95 |
|     Acct: XXX4218 | | | | |
|   REGIONAL ACCEPTANCE CORP | 10,069.32 | 10,069.32 | 4,208.08 | 14,277.40 |
|     Acct: 1479 | | | | |
| | | | | 138,828.63 |
| **Priority** | | | | |
|   ALAN R PATTERSON ESQ III | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MANSON W. SETO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MANSON W. SETO | 1,355.11 | 1,355.11 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: | | | | |
| GROSS & PATTERSON LLC | 1,934.00 | 1,934.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALAN R PATTERSON ESQ III | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GROSS & PATTERSON LLC | 1,380.87 | 1,380.87 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX3-14 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 3,614.88 | 0.00 | 3,614.88 |
| Acct: XXXXXXXXX2592 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8936 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 25.00 | 25.00 | 0.00 | 25.00 |
| Acct: 8936 | | | | |
| PERITUS PORTFOLIO SERVICES II LLC A | 0.00 | 13,076.56 | 0.00 | 13,076.56 |
| Acct: 3465 | | | | |
| | | | | 16,716.44 |
| **Unsecured** | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0006 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| ECMC(*) | 42,319.57 | 0.00 | 0.00 | 0.00 |
| Acct: 7729 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9002 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0010 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5574 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4313 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7401 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9103 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 824.36 | 0.00 | 0.00 | 0.00 |
| Acct: 9806 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 926.59 | 0.00 | 0.00 | 0.00 |
| Acct: 8875 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,230.59 | 0.00 | 0.00 | 0.00 |
| Acct: 1245 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1607 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0079 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0878 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2626 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2627 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2628 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1757 | | | | |
| FIRST USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1989 | | | | |
| BEST BUY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2113 | | | | |
| GEMB/HOME DESIGN CENTER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1328 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0219 | | | | |
| PAYPAL BUYER CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4257 | | | | |
| PAYPAL BUYER CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8274 | | | | |
| KEYSTONE REWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| KEYSTONE REWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| KEYSTONE REWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6583 | | | | |
| METABANK/FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7621 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 372.04 | 0.00 | 0.00 | 0.00 |
| Acct: 7548 | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3868 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,471.74 | 0.00 | 0.00 | 0.00 |
| Acct: 8274 | | | | |
| SALLIE MAE GUARANTEE SVCS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1016 | | | | |
| SALLIE MAE ECFC | 1,616.72 | 0.00 | 0.00 | 0.00 |
| Acct: 5216 | | | | |
| SALLIE MAE GUARANTEE SVCS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| REGIONAL FINANCE CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| SALLIE MAE GUARANTEE SVCS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| SALLIE MAE GUARANTEE SVCS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1016 | | | | |
| SALLIE MAE GUARANTEE SVCS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1026 | | | | |
| SALLIE MAE GUARANTEE SVCS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1036 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2345 | | | | |
| TAYLOR BEAN & WHITAKER MTG INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0507 | | | | |
| UNIVERSITY OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2900 | | | | |
| AMERICREDIT** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIVERSAL CARD SVCS/CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5103 | | | | |
| WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7008 | | | | |
| WORLD FINCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4454 | | | | |

12-23374 JAD                                                                                             Page 4 of 4

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| WFNNB/NEW YORK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8060 | | | | |
| WFNNB/NEW YORK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2282 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 1,353.20 | 0.00 | 0.00 | 0.00 |
|   Acct: 4218 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| UDREN LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ALEXANDRA T GARCIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4823 | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                              155,545.07

TOTAL
 CLAIMED              25.00
 PRIORITY         37,070.66
 SECURED          54,114.81


Date: 02/23/2018                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　MANSON W. SETO<br>　　KRISTIN K. SETO<br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:12-23374 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23374-JAD
Manson W. Seto                                                            Chapter 13
Kristin K Seto
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 3              Date Rcvd: Feb 23, 2018
                              Form ID: pdf900         Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
```
db/jdb         +Manson W. Seto,    Kristin K Seto,    721 Woodbridge Drive,    Oakdale, PA 15071-9701
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +LCS Financial Services Corporation,    6782 S Potomac St,    Suite 100,
                 Centennial, CO 80112-4585
cr             +Nationstar Mortgage, LLC,    Stern & Eisenberg,    261 Old York Road,    Suite 410, The Pavilion,
                 Jenkintown, PA 19046-3706
intp           +NiSource Corporate Services,    Attn: Payroll Dept.,    801 E. 86th Avenue,
                 Merriville, IN 46410-6272
intp           +ThermoFisher Scientific,    Attention: Payroll Dept.,    300 Industry Drive,
                 Pittsburgh, PA 15275-1001
13422188       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13423748      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:    Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
13414005       +Aes/keystone Best,    1200 N. 7th Street 4th Flooret,    Harrisburg, PA 17102-1419
13414006       +Aes/m&t Elt - Pheaa,    Pob 2461,    Harrisburg, PA 17105-2461
13414007       +Aes/pheaa,    1200 N. 7th Street 4th Floor,    Harrisburg, PA 17102-1419
13414008       +Aes/pheaa-keycon,    1200 N 7th Street,    Harrisburg, PA 17102-1419
13414009      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:    Bank Of America,    Po Box 982238,    El Paso, TX  79998)
13414010       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13414012      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:    Cap One,    Po Box 85520,    Richmond, VA  23285)
13492421       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13414013       +Chase,    1 Chase Sq,    Rochester, NY 14643-0002
13414014       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13429572       +Chase Home Finance LLC,    2901 Kinwest Parkway,    Irving, TX 75063-5815
13508023        ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
13414017       +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
13414022       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14640661       +JPMorgan Chase Bank, N.A.,    c/o LCS Financial Services Corporation,
                 6782 S. Potomac Street, Suite 100,    Centennial, CO 80112-4585
13414023       +Keystone Rewards,    1200 N 7th St,    Harrisburg, PA 17102-1419
14293408        LSF9 Master Participation Trust,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
13673788      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13414026       +National City Bank,    Po Box94982 Attcredit Bur Disp,    Cleveland, OH 44101-4982
13654245       +Nationstar Mortgage, LLC,    5920 Castleway West Drive,    Indianapolis, IN 46250-1931
13414027        Nco Fin/55,    Po Box 13570,    Philadelphia, PA  19101
13414028       +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13414029       +Portfolio Recvry&affil,    287 Independence,    Virginia Beach, VA 23462-2962
13857527        Richard C. Maider, Esq.,    D M & G, LLP,    8 Thurlow Terrace,    Albany, New York 12203-1006
13857526       +Santander Consumer,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13932753        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13857525        Santander Consumer USA, Inc.,    Attention Bankruptcy Department,    P.O. Box 560284,
                 Dallas, TX 75356-0284
13414033       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13429571       +South Fayette School District,    3680 Old Oakdale Road,    McDonald, PA 15057-3544
13467287       +South Fayette School District,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 PIttsburgh, PA 15219-6101
13414034       +Taylor Bean,    1417 North Magnoli,    Ocala, FL 34475-9078
13414035       +University Of Pittsbur,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
13414036       +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13414037        Wellsfargo,    Supreme Re Serving,    Urbandale, IA  50323
13414038       +Wfnnb/levin,    Po Box 182789,    Columbus, OH 43218-2789
13414039       +Wfnnb/ny&c,    220 W Schrock Rd,    Westerville, OH 43081-2873
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: peritus@ebn.phinsolutions.com Feb 24 2018 01:40:29
                 Peritus Portfolio Services II,LLC assignee for NCE,    P.O. Box 141419,
                 Irving, TX  75014-1419
cr              E-mail/Text: bkdepartment@rtresolutions.com Feb 24 2018 01:40:02     Real Time Resolutions, Inc,
                 1349 Empire Central Dr., Ste#150,    P.O. Box 36655,    Dallas, TX  75247
13414015       +E-mail/Text: bk.notifications@jpmchase.com Feb 24 2018 01:39:37     Chase Auto,
                 2000 Marcus Avenue,    New Hyde Park, NY 11042-1069
13414016       +E-mail/Text: abovay@creditmanagementcompany.com Feb 24 2018 01:40:10     Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13414018       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:26     Gecrb/best Buy,    Po Box 981439,
                 El Paso, TX 79998-1439
```

```
District/off: 0315-2          User: msch                Page 2 of 3            Date Rcvd: Feb 23, 2018
                              Form ID: pdf900           Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13414019      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:03      Gecrb/home Dsgn Floori,
               C/o Po Box 965036,   Orlando, FL 32896-0001
13414020       E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:26      Gecrb/jcp,   Po Box 984100,
               El Paso, TX   79998
13414021      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:37:29      Gecrb/paypal Extras Mc,
               Po Box 965005,   Orlando, FL 32896-5005
13414024      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 24 2018 01:39:31       Kohls/capone,
               Po Box 3115,   Milwaukee, WI 53201-3115
13414025      +E-mail/Text: bnc-bluestem@quantum3group.com Feb 24 2018 01:40:15       Metabnk/fhut,
               6250 Ridgewood Roa,   Saint Cloud, MN 56303-0820
13439870      +Fax: 407-737-5634 Feb 24 2018 02:32:56     Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,   1661 Worthington RD.,   Suite 100,
               West Palm Beach, FL 33409-6493
13609936       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:35
               Portfolio Recovery Associates LLC,   P.O. Box 41067,   Norfolk, VA   23541
13462642       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:47
               Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
13624237      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:43:37
               PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
14106407       E-mail/Text: peritus@ebn.phinsolutions.com Feb 24 2018 01:40:29
               Peritus Portfolio Services II,LLC,   Assignee for NCEP, LLC,   P.O. BOX 141419,
               IRVING, TX 75014-1419
13451289       E-mail/Text: bkdepartment@rtresolutions.com Feb 24 2018 01:40:02
               Real Time Resolutions, Inc.,   1349 Empire Central Dr, Suite 150,   P.O. Box 36655,
               Dallas, Tx 75247
13510910       E-mail/Text: bkdepartment@rtresolutions.com Feb 24 2018 01:40:02
               Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,   PO Box 36655,
               Dallas, Texas 75247-4029
13467846       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 24 2018 01:37:57      Regional Acceptance Corporation,
               PO Box 1847,   Wilson, NC 27894-1847
13414030      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 24 2018 01:37:57      Regional Finance Corp,
               550 Ohio Pike Unit F,   Cincinnati, OH 45255-3472
13414031      +E-mail/PDF: pa_dc_claims@navient.com Feb 24 2018 01:37:10      Sallie Mae,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
13515066      +E-mail/PDF: pa_dc_claims@navient.com Feb 24 2018 01:37:55      Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
13414032      +E-mail/PDF: pa_dc_claims@navient.com Feb 24 2018 01:37:56      Sallie Mae Servicing,
               1002 Arthur Dr,   Lynn Haven, FL 32444-1683
                                                                                             TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, N.A.
cr             LSF9 Master Participation Trust
cr             Ocwen Loan Servicing, LLC
cr             REAL TIME RESOLUTIONS, INC.Et Al...
cr             South Fayette School District
cr*           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
               Arlington, TX  76096)
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
cr*           +Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   1661 Worthington Rd,   Suite 100,
               West Palm Beach,, FL 33409-6493
cr*           +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
13414011     ##+Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
                                                                                   TOTALS: 5, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2        User: msch              Page 3 of 3         Date Rcvd: Feb 23, 2018
                            Form ID: pdf900         Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:

```
          Alan R. Patterson, III    on behalf of Debtor Manson W. Seto apattersonlaw@protonmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alan R. Patterson, III    on behalf of Joint Debtor Kristin K Seto apattersonlaw@protonmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al...
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Celine P. DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Karina Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com,
           ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
           sherri.braunstein@phelanhallinan.com
          Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
           cblack@udren.com
          Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
                                                                                             TOTAL: 18
```