**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>    MANSON W. SETO<br>    KRISTIN K. SETO<br>              Debtor(s) | Case No. 12-23374JAD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/29/2012.

2) The plan was confirmed on 09/21/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 04/17/2013, 09/22/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/01/2017.

6) Number of months from filing to last payment: 59.

7) Number of months case was pending: 69.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,378.03.

10) Amount of unsecured claims discharged without payment: $13,624.52.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $166,351.92 |
| Less amount refunded to debtor | $1,355.11 |
| **NET RECEIPTS:** | **$164,996.81** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,314.87 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,136.87 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$9,451.74** |

Attorney fees paid and disclosed by debtor:    $1,266.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 23,387.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC | Secured | 12,308.00 | 0.00 | 3,556.92 | 3,556.92 | 959.03 |
| AMERICREDIT FINANCIAL SVCS INC | Unsecured | 0.00 | 1,353.20 | 1,353.20 | 0.00 | 0.00 |
| BANK OF AMERICA(*) | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,341.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTO FINANCE(*) | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 27,269.00 | 42,319.57 | 42,319.57 | 0.00 | 0.00 |
| EQUITABLE GAS CO(*) | Priority | NA | NA | NA | 3,614.88 | 0.00 |
| FIRST USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/HOME DESIGN CENTER++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 39,686.00 | 39,342.89 | 0.00 | 7,470.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | Secured | 0.00 | 2,233.98 | 2,233.98 | 2,233.98 | 0.00 |
| KEYSTONE REWARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE REWARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE REWARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LSF9 MASTER PARTICIPATION TRUS | Priority | 0.00 | 492.00 | 0.00 | 0.00 | 0.00 |
| LSF9 MASTER PARTICIPATION TRUS | Priority | 0.00 | 175.00 | 25.00 | 25.00 | 0.00 |
| LSF9 MASTER PARTICIPATION TRUS | Secured | 171,284.97 | 185,442.76 | 0.00 | 87,078.04 | 0.00 |
| LSF9 MASTER PARTICIPATION TRUS | Secured | 0.00 | 15,000.25 | 15,000.25 | 15,000.25 | 0.00 |
| METABANK/FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC**++ | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL BUYER CREDIT++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL BUYER CREDIT++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES II LL | Priority | NA | 14,025.25 | 0.00 | 13,076.56 | 0.00 |
| PNC BANK FORMERLY NATIONAL C | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 824.00 | 824.36 | 824.36 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 926.00 | 926.59 | 926.59 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,230.00 | 1,230.59 | 1,230.59 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 5,911.00 | 5,471.74 | 5,471.74 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 335.00 | 372.04 | 372.04 | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS INC(*) | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 9,899.00 | 10,069.32 | 10,069.32 | 10,069.32 | 4,208.08 |
| REGIONAL FINANCE CORP++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE ECFC | Unsecured | 1,669.00 | 1,616.72 | 1,616.72 | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTH FAYETTE SD (S FAYETTE TW | Secured | 4,978.00 | 4,978.68 | 4,978.68 | 4,978.68 | 2,042.82 |
| SOUTH FAYETTE SD (S FAYETTE TW | Secured | 0.00 | 1,231.51 | 1,231.51 | 1,231.51 | 0.00 |
| TAYLOR BEAN & WHITAKER MTG IN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL CARD SVCS/CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PITTSBURGH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/NEW YORK & CO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/NEW YORK & CO | Unsecured | 1,372.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINCL NETWORK NATL BAN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**


| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $94,548.04 | $0.00 |
| Mortgage Arrearage | $17,234.23 | $17,234.23 | $0.00 |
| Debt Secured by Vehicle | $13,626.24 | $13,626.24 | $5,167.11 |
| All Other Secured | $6,210.19 | $6,210.19 | $2,042.82 |
| **TOTAL SECURED:** | **$37,070.66** | **$131,618.70** | **$7,209.93** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $25.00 | $16,716.44 | $0.00 |
| **TOTAL PRIORITY:** | **$25.00** | **$16,716.44** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,114.81** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $9,451.74 |
| Disbursements to Creditors | $155,545.07 |
| **TOTAL DISBURSEMENTS :** | **$164,996.81** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/29/2018          By: /s/ Ronda J. Winnecour
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**