| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Manson W. Seto** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–7729** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Kristin K Seto** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5216** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **12–23374–JAD** | | |

# Order of Discharge      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Kristin K Seto

3/27/18     **By the court:**     <u>Jeffery A. Deller</u>
                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-23374-JAD
Manson W. Seto                                                          Chapter 13
Kristin K Seto
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy                Page 1 of 3              Date Rcvd: Mar 27, 2018
                                Form ID: 3180WJ02         Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
```
db/jdb         +Manson W. Seto,    Kristin K Seto,    721 Woodbridge Drive,    Oakdale, PA 15071-9701
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +LCS Financial Services Corporation,    6782 S Potomac St,   Suite 100,
                 Centennial, CO 80112-4585
cr             +Nationstar Mortgage, LLC,    Stern & Eisenberg,    261 Old York Road,   Suite 410, The Pavilion,
                 Jenkintown, PA 19046-3706
intp           +NiSource Corporate Services,    Attn: Payroll Dept.,    801 E. 86th Avenue,
                 Merriville, IN 46410-6272
intp           +ThermoFisher Scientific,    Attention: Payroll Dept.,    300 Industry Drive,
                 Pittsburgh, PA 15275-1001
13422188       +AES/PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
13414005       +Aes/keystone Best,    1200 N. 7th Street 4th Flooret,    Harrisburg, PA 17102-1419
13414006       +Aes/m&t Elt - Pheaa,    Pob 2461,   Harrisburg, PA 17105-2461
13414007       +Aes/pheaa,    1200 N. 7th Street 4th Floor,   Harrisburg, PA 17102-1419
13414008       +Aes/pheaa-keycon,    1200 N 7th Street,   Harrisburg, PA 17102-1419
13492421       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk VA 23541-0907
13429572       +Chase Home Finance LLC,    2901 Kinwest Parkway,    Irving, TX 75063-5815
14640661       +JPMorgan Chase Bank, N.A.,    c/o LCS Financial Services Corporation,
                 6782 S. Potomac Street, Suite 100,   Centennial, CO 80112-4585
13414023       +Keystone Rewards,    1200 N 7th St,   Harrisburg, PA 17102-1419
14293408        LSF9 Master Participation Trust,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
13673788      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13414026       +National City Bank,    Po Box94982 Attcredit Bur Disp,    Cleveland, OH 44101-4982
13654245       +Nationstar Mortgage, LLC,    5920 Castleway West Drive,    Indianapolis, IN 46250-1957
13414027        Nco Fin/55,    Po Box 13570,   Philadelphia, PA   19101
13414028       +Ocwen Loan Servicing L,    12650 Ingenuity Dr,   Orlando, FL 32826-2703
13414029       +Portfolio Recvry&affil,    287 Independence,   Virginia Beach, VA 23462-2962
13857527        Richard C. Maider, Esq.,    D M & G, LLP,   8 Thurlow Terrace,    Albany, New York 12203-1006
13429571       +South Fayette School District,    3680 Old Oakdale Road,    McDonald, PA 15057-3544
13467287       +South Fayette School District,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 PIttsburgh, PA 15219-6101
13414034       +Taylor Bean,    1417 North Magnoli,    Ocala, FL 34475-9078
13414035       +University Of Pittsbur,    127 Thackeray Hall,   Pittsburgh, PA 15213-2519
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: peritus@ebn.phinsolutions.com Mar 28 2018 01:58:52
                 Peritus Portfolio Services II,LLC assignee for NCE,    P.O. Box 141419,
                 Irving, TX 75014-1419
cr              E-mail/Text: bkdepartment@rtresolutions.com Mar 28 2018 01:57:53     Real Time Resolutions, Inc,
                 1349 Empire Central Dr., Ste#150,    P.O. Box 36655,   Dallas, TX   75247
13423748        EDI: PHINAMERI.COM Mar 28 2018 05:48:00      Americredit Financial Services, Inc.,
                 PO Box 183853,   Arlington TX 76096
13414009        EDI: BANKAMER.COM Mar 28 2018 05:48:00      Bank Of America,    Po Box 982238,
                 El Paso, TX  79998
13414010       +EDI: BANKAMER.COM Mar 28 2018 05:48:00      Bank Of America, N.a.,    450 American St,
                 Simi Valley, CA 93065-6285
13414012        EDI: CAPITALONE.COM Mar 28 2018 05:48:00      Cap One,    Po Box 85520,   Richmond, VA   23285
13414011       +EDI: CAPITALONE.COM Mar 28 2018 05:48:00      Cap One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
13414013       +EDI: CHASE.COM Mar 28 2018 05:48:00      Chase,    1 Chase Sq,   Rochester, NY 14643-0002
13414014       +EDI: CHASE.COM Mar 28 2018 05:48:00      Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13414015       +EDI: CAUT.COM Mar 28 2018 05:48:00      Chase Auto,    2000 Marcus Avenue,
                 New Hyde Park, NY 11042-1069
13414016       +E-mail/Text: abovay@creditmanagementcompany.com Mar 28 2018 01:58:27     Credit Management Co,
                 2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13508023        EDI: ECMC.COM Mar 28 2018 05:48:00      ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
13414017       +EDI: CHASE.COM Mar 28 2018 05:48:00      First Usa Bank N A,    1001 Jefferson Plaza,
                 Wilmington, DE 19801-1493
13414018       +EDI: RMSC.COM Mar 28 2018 05:48:00      Gecrb/best Buy,    Po Box 981439,
                 El Paso, TX 79998-1439
13414019       +EDI: RMSC.COM Mar 28 2018 05:48:00      Gecrb/home Dsgn Floori,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
13414020        EDI: RMSC.COM Mar 28 2018 05:48:00      Gecrb/jcp,    Po Box 984100,   El Paso, TX  79998
13414021       +EDI: RMSC.COM Mar 28 2018 05:48:00      Gecrb/paypal Extras Mc,    Po Box 965005,
                 Orlando, FL 32896-5005
13414022       +EDI: PHINAMERI.COM Mar 28 2018 05:48:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
13414024       +EDI: CBSKOHLS.COM Mar 28 2018 05:48:00      Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
```

```
District/off: 0315-2          User: culy              Page 2 of 3             Date Rcvd: Mar 27, 2018
                              Form ID: 3180WJ02      Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13414025       +EDI: BLUESTEM Mar 28 2018 05:48:00      Metabnk/fhut,    6250 Ridgewood Roa,
                 Saint Cloud, MN 56303-0820
13439870       +Fax: 407-737-5634 Mar 28 2018 04:06:47      Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    1661 Worthington RD.,    Suite 100,
                 West Palm Beach, FL 33409-6493
13609936        EDI: PRA.COM Mar 28 2018 05:48:00      Portfolio Recovery Associates LLC,    P.O. Box 41067,
                 Norfolk, VA   23541
13462642        EDI: PRA.COM Mar 28 2018 05:48:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
13624237       +EDI: PRA.COM Mar 28 2018 05:48:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
14106407        E-mail/Text: peritus@ebn.phinsolutions.com Mar 28 2018 01:58:52
                 Peritus Portfolio Services II,LLC,    Assignee for NCEP, LLC,    P.O. BOX 141419,
                 IRVING, TX 75014-1419
13451289        E-mail/Text: bkdepartment@rtresolutions.com Mar 28 2018 01:57:53
                 Real Time Resolutions, Inc.,    1349 Empire Central Dr, Suite 150,    P.O. Box 36655,
                 Dallas, Tx 75247
13510910        E-mail/Text: bkdepartment@rtresolutions.com Mar 28 2018 01:57:53
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    PO Box 36655,
                 Dallas, Texas 75247-4029
13467846        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 28 2018 02:04:47       Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13414030       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 28 2018 02:04:47       Regional Finance Corp,
                 550 Ohio Pike Unit F,    Cincinnati, OH 45255-3472
13414031       +EDI: NAVIENTFKASMSERV.COM Mar 28 2018 05:48:00       Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13515066       +EDI: NAVIENTFKASMSERV.COM Mar 28 2018 05:48:00       Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
13414032       +EDI: NAVIENTFKASMSERV.COM Mar 28 2018 05:48:00       Sallie Mae Servicing,    1002 Arthur Dr,
                 Lynn Haven, FL 32444-1683
13857526       +EDI: DRIV.COM Mar 28 2018 05:48:00      Santander Consumer,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
13932753        EDI: DRIV.COM Mar 28 2018 05:48:00      Santander Consumer USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
13857525        EDI: DRIV.COM Mar 28 2018 05:48:00      Santander Consumer USA, Inc.,
                 Attention Bankruptcy Department,    P.O. Box 560284,    Dallas, TX 75356-0284
13414033       +EDI: SEARS.COM Mar 28 2018 05:48:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13414036       +EDI: CITICORP.COM Mar 28 2018 05:48:00       Unvl/citi,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
13414037        EDI: WFFC.COM Mar 28 2018 05:48:00      Wellsfargo,    Supreme Re Serving,    Urbandale, IA  50323
13414038       +EDI: WFNNB.COM Mar 28 2018 05:48:00      Wfnnb/levin,    Po Box 182789,    Columbus, OH 43218-2789
13414039       +EDI: WFNNB.COM Mar 28 2018 05:48:00      Wfnnb/ny&c,    220 W Schrock Rd,
                 Westerville, OH 43081-2873
                                                                                               TOTAL: 40

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, N.A.
cr             LSF9 Master Participation Trust
cr             Ocwen Loan Servicing, LLC
cr             REAL TIME RESOLUTIONS, INC.Et Al...
cr             South Fayette School District
cr*           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,     PO Box 183853,
                 Arlington, TX  76096)
cr*            ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr*           +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    1661 Worthington Rd,    Suite 100,
                 West Palm Beach,, FL 33409-6493
cr*           +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
                                                                                          TOTALS: 5, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: culy                Page 3 of 3                  Date Rcvd: Mar 27, 2018
                               Form ID: 3180WJ02         Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:

```
          Alan R. Patterson, III    on behalf of Debtor Manson W. Seto apattersonlaw@protonmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alan R. Patterson, III    on behalf of Joint Debtor Kristin K Seto apattersonlaw@protonmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    REAL TIME RESOLUTIONS, INC.Et Al...
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Celine P. DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Karina Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage, LLC lrase@sterneisenberg.com,
           ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
           sherri.braunstein@phelanhallinan.com
          Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
           cblack@udren.com
          Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
                                                                                             TOTAL: 18
```